```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
     1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                jason.gorn@usdoj.gov
                kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>MICHAEL LERMA, *et al.*,<br><br>            Defendants. | No. CR 2:18-00172(A)-GW-1, 6, 7, 8<br><br>[PROPOSED] ORDER DISMISSING COUNTS CONTAINED IN THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
|---|---|

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that following counts of the First Superseding Indictment filed in this matter be dismissed: (1) Counts Four, Five, and Six; (2) Count Nine as to defendant Jose Valencia Gonzalez only;

///

///

1  (3) Count Ten as to defendant Carlos Gonzalez only; (4) Count
2  Thirteen; (5) Count Fourteen; and (6) Count Sixteen.
3       IT IS SO ORDERED.

_____        _____
DATE                                THE HONORABLE GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE

Presented by:

     */s/*
_____
KTLE W. KAHAN
Assistant United States Attorney

2