# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | March 21, 2025 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | not | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | not | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | not | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | not | ✔ | | 8. Daniel A. Nardoni, CJA<br>Shaun Khojayan, CJA | ✔ | ✔ | |

**Proceedings:** **HEARING ON JURY INSTRUCTIONS**

Defendants' waivers of appearance were placed on the record on March 17, 2025.

Hearing is held by Zoom conference.

Court and counsel confer re jury instructions. Supplemental briefs and jury instructions are to be filed by 8:00 a.m. on March 24, 2025.

Day 16 jury trial resumes on March 24, 2025 at 9:30 a.m.

2 : 00

Initials of Deputy Clerk   JG