# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | March 27, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

\_\_\_\_ Day COURT TRIAL    19th Day JURY TRIAL    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   ✔ Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.   \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

✔ Alternates excused   \_\_\_\_ Jury retires to deliberate   ✔ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) _____   Not Guilty on count(s) _____

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ remanded to custody.   Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

✔ Case continued to     Mar. 28, 2025 at 8:30 a.m.     for further jury deliberations.

✔ Other:     Jury Note 1 is received and resolution is discussed. The Court issues supplemental jury instruction on read backs.

                                                                                                              1 : 45

Initials of Deputy Clerk    JG