# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | March 28, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

___ Day COURT TRIAL    20th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  ✔ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

✔ Alternates excused    ___ Jury retires to deliberate    ✔ Jury resumes deliberations

___ Finding by Court as follows:    ✔ Jury Verdict as follows:

Dft # ___ ✔ Guilty on count(s) as to all Defts except ✔ Not Guilty on count(s) 19 as to Juan Sanchez.

✔ Jury polled    ___ Polling waived

✔ Filed Witness & Exhibit lists    ✔ Filed Jury notes    ✔ Filed Jury Instructions    ✔ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.    Remand/Release# _____ issd.    Dft # ___ released from custody.

Bond exonerated as to Dft # _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| | Case continued to _____ | for further jury deliberations. |
| ✔ | Other: | Jury Note 2 received and resolved on the record. |
| | | Parties will prepare and file a stipulation to extend Rule 29 motion deadlines as soon as conveniently possible. |

: 45

Initials of Deputy Clerk   JG