FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: CR 18-172-GW |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| Michael Lerma, et al., | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

__March 28, 2025__   __Kyle W. Kahan, AUSA__
Date                Counsel for: ☒ Plaintiff ☐ Defendant ☐ __United States of America__

_[signature]_
Signature                                    Telephone Number

__March 28, 2025__   __Richard P. Lasting__
Date                Counsel for: ☐ Plaintiff ☒ Defendant ☐ __Michael Lerma, et al.__

_[signature]_
Signature                                    Telephone Number

==========================================================================
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

__March 28, 2025__            By _[signature]_
Date                              Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL