

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-172-GW |
| Plaintiff, | **JURY INSTRUCTION RE READBACKS** |
| v. | |
| MICHAEL LERMA, et al., | |
| Defendant. | |

Readback Instruction

  Because a request has been made for a readback of the testimony of S.A. Talamontz regarding "which drugs were sold at 'the Compound' in Pomona," it has been provided to you; but you are cautioned that a readback runs the risk of distorting the trial because of overemphasis of one portion of the testimony. Also, the readback could contain errors. Additionally, the readback cannot reflect matters of the witness's demeanor (for example, the tone of voice) and other aspects of the live testimony. Your recollection and understanding of the original testimony controls. Finally, in your exercise of judgment, the testimony read and the concomitant recording played, cannot be considered in isolation but must be considered in the context of all the evidence presented.