FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW |
| Plaintiff, | VERDICT FORM |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

# COUNT ONE

## Racketeer Influenced and Corrupt Organizations ("RICO") Conspiracy

## ALL DEFENDANTS

**COUNT ONE - DEFENDANT MICHAEL LERMA:**

1. We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

\_\_\_\_ NOT GUILTY

✓ GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 1 is *Guilty*, you must also answer Question 1a. If your response to Question 1 is *Not Guilty*, do not answer Question 1a and proceed to Question 2.**

In order to find defendant MICHAEL LERMA guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy *and* you must unanimously agree on those same two (or more) racketeering acts.

//
//
//
//
//
//
//
//

1a. We, the jury in the above-captioned case, unanimously find that defendant MICHAEL LERMA knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more of the following crimes (*select all that apply*):

- [✓] Murder
- [ ] Robbery
- [✓] Extortion
- [✓] Drug Trafficking

**(Proceed to Question 2.)**

3

**COUNT ONE - DEFENDANT CARLOS GONZALEZ:**

2. We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

_____ NOT GUILTY

√ GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 2 is *Guilty*, you must also answer Question 2a. If your response to Question 2 is *Not Guilty*, do not answer Question 2a and proceed to Question 3.**

In order to find defendant CARLOS GONZALEZ guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy *and* you must unanimously agree on those same two (or more) racketeering acts.

2a. We, the jury in the above-captioned case, unanimously find that defendant CARLOS GONZALEZ knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more of the following crimes (*select all that apply*):

√ Murder

_____ Robbery

√ Extortion

√ Drug Trafficking

*(Proceed to Question 3.)*

4

**COUNT ONE – DEFENDANT JUAN SANCHEZ:**

3. We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

_____ NOT GUILTY

✓ GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 3 is *Guilty*, you must also answer Question 3a. If your response to Question 3 is *Not Guilty*, do not answer Question 3a and proceed to Question 4.**

In order to find defendant JUAN SANCHEZ guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy *and* you must unanimously agree on those same two (or more) racketeering acts.

3a. We, the jury in the above-captioned case, unanimously find that defendant JUAN SANCHEZ knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more the following crimes (*select all that apply*):

✓ Murder

_____ Robbery

✓ Extortion

✓ Drug Trafficking

*(Proceed to Question 4.)*

**COUNT ONE - DEFENDANT JOSE VALENCIA GONZALEZ:**

4. We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

of RICO Conspiracy as charged in Count One of the First Superseding Indictment.

**If your response to Question 4 is *Guilty*, you must also answer Question 4a. If your response to Question 4 is *Not Guilty*, do not answer Question 4a and proceed to Question 5.**

In order to find defendant JOSE VALENCIA GONZALEZ guilty as to Count One, you must have unanimously found that he knew or contemplated that one or more members of the conspiracy would commit at least two (or more) acts of racketeering in furtherance of the conspiracy *and* you must unanimously agree on those same two (or more) racketeering acts.

4a. We, the jury in the above-captioned case, unanimously find that defendant JOSE VALENCIA GONZALEZ knew or contemplated that one or more members of the conspiracy would engage in a pattern of racketeering activity consisting of at least two or more of the following crimes (*select all that apply*):

\_\_✓\_\_ Murder

\_\_\_\_\_ Robbery

\_\_✓\_\_ Extortion

\_\_✓\_\_ Drug Trafficking

**(Proceed to Question 5.)**

6

## COUNT SEVEN

### Violent Crime in Aid of Racketeering and/or Aiding and Abetting

### (First-Degree Murder)

### ALL DEFENDANTS

**COUNT SEVEN - DEFENDANT MICHAEL LERMA:**

5.  We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

_____  NOT GUILTY

___✓___  GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 6.)*

7

**COUNT SEVEN - DEFENDANT CARLOS GONZALEZ:**

    6.   We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

        _____   NOT GUILTY

        __✓__   GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 7.)*

**COUNT SEVEN - DEFENDANT JUAN SANCHEZ:**

7.  We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

    _____  NOT GUILTY

    \_\_✓\_\_\_  GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 8.)*

**COUNT SEVEN - DEFENDANT JOSE VALENCIA GONZALEZ:**

8. We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

    _____ NOT GUILTY

    ✓ GUILTY

as charged in Count Seven of the First Superseding Indictment.

*(Proceed to Question 9.)*

## COUNT EIGHT

**First-Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States**

**ALL DEFENDANTS**

**COUNT EIGHT - DEFENDANT MICHAEL LERMA:**

    9.   We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

    _____ NOT GUILTY

    ✓ GUILTY

as charged in Count Eight of the First Superseding Indictment.

*(Proceed to Question 10.)*

11

**COUNT EIGHT - DEFENDANT CARLOS GONZALEZ:**

    10.  We, the jury in the above-captioned case, unanimously find the defendant CARLOS GONZALEZ (check one):

        _____ NOT GUILTY

        ✓ GUILTY

as charged in Count Eight of the First Superseding Indictment.

*(Proceed to Question 11.)*

**COUNT EIGHT – DEFENDANT JUAN SANCHEZ:**

    11.  We, the jury in the above-captioned case, unanimously find the defendant JUAN SANCHEZ (check one):

        _____    NOT GUILTY

         ✓    GUILTY

as charged in Count Eight of the First Superseding Indictment.

*(Proceed to Question 12.)*

**COUNT EIGHT – DEFENDANT JOSE VALENCIA GONZALEZ:**

    12.   We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

    _____   NOT GUILTY

    ✓   GUILTY

as charged in Count ~~Seven~~ *Eight* of the First Superseding Indictment.

**(Proceed to Question 13.)**

## COUNT TEN

## Drug Trafficking Conspiracy

### Defendants MICHAEL LERMA and JOSE VALENCIA GONZALEZ

**COUNT TEN – DEFENDANT MICHAEL LERMA:**

13. We, the jury in the above-captioned case, unanimously find the defendant MICHAEL LERMA (check one):

    _____ NOT GUILTY

    ✓ GUILTY

as charged in Count Ten of the First Superseding Indictment.

**If your response to Question 13 is *Guilty*, you must also answer Question 14. If your response to Question 13 is *Not Guilty*, do not answer Question 14 and proceed to Question 15.**

14. We, the jury in the above-captioned case, having found defendant MICHAEL LERMA guilty of Count 10, further unanimously find it was reasonably foreseeable that the overall drug conspiracy would involve the following controlled substance(s) (select all that apply):

    ✓ HEROIN

    ✓ METHAMPHETAMINE

as charged in Count Ten of the First Superseding Indictment.

*(Proceed to Question 15.)*

15

**COUNT TEN – DEFENDANT JOSE VALENCIA GONZALEZ:**

15. We, the jury in the above-captioned case, unanimously find the defendant JOSE VALENCIA GONZALEZ (check one):

    _____  NOT GUILTY

    \_✓\_\_  GUILTY

as charged in Count Ten of the First Superseding Indictment.

**If your response to Question 15 is *Guilty*, you must also answer Question 16. If your response to Question 15 is *Not Guilty*, do not answer Question 16 and proceed to Question 17.**

16. We, the jury in the above-captioned case, having found defendant JOSE VALENCIA GONZALEZ guilty of Count 10, further unanimously find it was reasonably foreseeable that the overall drug conspiracy would involve the following controlled substance(s) (select all that apply):

    \_✓\_\_  HEROIN

    \_✓\_\_  METHAMPHETAMINE

as charged in Count Ten of the First Superseding Indictment.

*(Proceed to Question 17.)*

**COUNT SEVENTEEN**

**Felon in Possession of a Firearm and Ammunition**

**Defendant JOSE VALENCIA GONZALEZ**

17.  We, the jury in the above-captioned case, unanimously find defendant JOSE VALENCIA GONZALEZ (check one):

     _____    NOT GUILTY

     ✓        GUILTY

as charged in Count Seventeen of the First Superseding Indictment.

*(Proceed to Question 18.)*

## COUNT EIGHTEEN

**Felon in Possession of a Firearm and Ammunition**

**Defendant CARLOS GONZALEZ**

18. We, the jury in the above-captioned case, unanimously find defendant CARLOS GONZALEZ (check one):

_____ NOT GUILTY

✓ GUILTY

as charged in Count Eighteen of the First Superseding Indictment.

*(Proceed to Question 19.)*

**COUNT NINETEEN**

**Felon in Possession of a Firearm and Ammunition**

**Defendant JUAN SANCHEZ**

19. We, the jury in the above-captioned case, unanimously find defendant JUAN SANCHEZ (check one):

   √    NOT GUILTY

   ___  GUILTY

as charged in Count Nineteen of the First Superseding Indictment.

**(The foreperson should now sign and date this verdict form.)**

DATED: 3/28/25 , 2025, at Los Angeles, California.


FOREPERSON OF THE JURY

19