

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 18-172-GW

Title: <u>U.S.A. v. Michael Lerma, et al.</u>

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

Read the testimony of SA Talamontez about which drugs were sold at "The Compound" in Pomona.

DATE: 3/27/25
TIME: 10:54 am

SIGNED: **REDACTED**
FOREPERSON OF THE JURY