UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 18-172-GW

Title: U.S.A. v. Michael Lerma, et al.

JURY NOTE NUMBER __2__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Please provide clarification on the jury instructions. Is the description of murder as described under B. Count One applicable to C. Count Seven and D. Count Eight?

DATE: 3/28/25
TIME: 8:40 am

SIGNED: **REDACTED**
FOREPERSON OF THE JURY