UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 18-172-GW

Title: U.S.A. v. Michael Lerma, et al.

JURY NOTE NUMBER 3

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

DATE: 3/28/25
TIME: 4:22pm

SIGNED: **REDACTED**
FOREPERSON OF THE JURY