UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE GEORGE H. WU

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LERMA, et al,<br><br>Defendants. | Case No.: CR 18-00172-GW<br><br>ORDER GRANTING STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS AND THE HEARING ON POST-TRIAL MOTIONS |

   Good cause having been shown, it is ordered that the stipulation is granted. The following shall be the deadlines for the filing of post-trial motions by defendants Michael Lerma, Carlos Gonzalez, Juan Sanchez and Jose Valencia Gonzalez and the hearing thereon:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, July 28, 2025;
2. The government oppositions to these motions will be filed by Monday, August 25, 2025;
3. The defense replies to the government's oppositions will be filed by Monday, September 15, 2025; and

1.

4. The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Thursday, October 16, 2025 at 8:00 a.m.

IT IS SO ORDERED.

Dated: April 2, 2025

                HON. GEORGE H. WU,
                UNITED STATES DISTRICT JUDGE