CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile: +1 310-626-9677

Attorneys for Defendant
JUAN SANCHEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LERMA, ET. AL,<br><br>Defendants. | Case No. 2:18-CR-00172<br><br>**[PROPOSED] ORDER APPROVING SUPPLEMENTAL EXPERT AUTHORIZATION** |

The Court having read and considered defendants' ex parte application for a order authorizing a supplemental authorization of payment to expert witness Dr. Judy Melinek of $10,875;

THEREFORE, FOR GOOD CAUSE SHOWN, the application is granted.

Dr. Melinek's authorization is hereby increased from $40,000, exclusive of travel expenses, to $50,875.

/ / / / /

/ / / / /

Dated: April__, 2025

_____
HON. GEORGE H. WU
United States District Judge