1  SHAUN KHOJAYAN (SBN 197690)
2  shaun@khojayan.com
   515 S. Flower St., 19th Floor
3  Los Angeles, CA 90071
4  Phone: 310-274-6111; Fax 310-274-6211

5  DANIEL A. NARDONI (SBN 94201)
6  dan@nardonilaw.net
   215 North Marengo Avenue Suite 328
7  Pasadena, CA 91101
8  Phone: 626-578-9872; Fax: 626-578-9873
   Attorney for Defendant JOSE VALENCIA GONZALEZ
9

10 KENNETH M. MILLER (SBN 151874)
   Ken@KMMillerLaw.com
11 26944 Camino de Estrella, Suite B
12 Capistrano Beach, California 92624
   Phone: 949-388-3440
13

14 RICHARD G. NOVAK (SBN 149303)
   Richard@RGNLaw.com
15 P. O. Box 5549
   Berkeley, CA 94705
16 Phone: 626-578-1175; Fax: 626-685-2562
17 Attorneys for Defendant CARLOS GONZALEZ

18 (Additional Counsel on Subsequent Page)

19                 UNITED STATES DISTRICT COURT
20                 CENTRAL DISTRICT OF CALIFORNIA
21                   HONORABLE GEORGE H. WU
22

23 UNITED STATES OF AMERICA,          Case No.: CR 18-00172-GW

24 Plaintiff,                         AMENDED STIPULATION
                                      REGARDING THE FILING OF RULE
25          vs.                       29 AND 33 MOTIONS AND THE
                                      HEARING ON POST-TRIAL MOTIONS
26 MICHAEL LERMA, et al,

27 Defendants.

28

                                  1

*Additional Counsel*

CHARLES P. DIAMOND (SBN 56881)
cdiamond@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
1999 Avenue of the Stars Suite 800
Los Angeles, CA 90067-6035
Phone: 310-246-6789/6784; Fax: 310-246-6779

RICHARD P. LASTING (SBN 53950)
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Phone: 213-489-9025; Fax: 310-626-9677
Attorneys for Defendant JUAN SANCHEZ

MARRI B. DERBY (SBN107209)
marri@marriderbylaw.com
23 Corporate Plaza Suite 150
Newport Beach, CA 92660
Phone: 949-510-4785; Fax: 949-608-7034

JOEL M. FURMAN (SBN 282222)
1432 Edinger Avenue, Suite 240
Tustin, CA 92780
Phone: 949-887-2397
Email: joelfurmanlaw@gmail.com
Attorneys for Defendant MICHAEL LERMA

Defendants Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel Furman, Carlos Gonzalez, by and through his counsel of record, Kenneth M. Miller and Richard Novak, Juan Sanchez, by and through his counsel of record, Charles P. Diamond, Richard P. Lasting and Amy R. Lucas, and Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni, and Assistant United States Attorney Kyle Kahan stipulate to the following deadlines for the filing of post-trial motions:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, September 22, 2025;
2. The government oppositions to these motions will be filed by Monday, October 20, 2025;
3. The defense replies to the government's oppositions will be filed by Monday, November 10, 2025;
4. The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Monday, December 8, 2025;
5. The sentencing hearings for the defendants, as necessary, would be held on January 5, 2026.

Respectfully submitted,

IT IS SO STIPULATED

Dated: July 15, 2025                        s/ Marri B. Deby (with authorization)
                                            Marri B. Derby
                                            Joel Furman
                                            Attorneys for Defendant
                                            Michael Lerma

| | |
|---|---|
| 1 | IT IS SO STIPULATED |

Dated: July 15, 2015              s/ Richard G. Novak (with authorization)
                                  Kenneth M. Miller
                                  Richard G. Novak
                                  Attorneys for Defendant
                                  Carlos Gonzalez

IT IS SO STIPULATED

Dated: July 15, 2025              s/ Charles P. Diamond (with authorization)
                                  Charles P. Diamond
                                  Richard P. Lasting
                                  Amy R. Lucas
                                  Attorneys for Defendant
                                  Juan Sanchez

IT IS SO STIPULATED

Dated: July 15, 2025              s/ Shaun Khojayan

                                  Shaun Khojayan
                                  Daniel A. Nardoni
                                  Attorneys for Defendant
                                  Jose Valencia Gonzalez

IT IS SO STIPULATED

Dated: July 15, 2025              s/ AUSA Kyle W. Kahan (with authorization)
                                  Kyle W. Kahan
                                  Kellye Ng
                                  Jason A. Gorn
                                  Assistant United States Attorneys