CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile:  +1 310-626-9677

Attorneys for Defendant
JUAN SANCHEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LERMA, et al.,<br><br>Defendants. | Case No. 2: 18- CR-172-GW<br><br>**JONDER OF DEFENDANT JUAN SANCHEZ IN DEFENDANT CARLOS GONZALES' MOTION FOR A NEW TRIAL [ECF 1803]**<br><br>HEARING DATE: DEC. 8, 2025<br>TIME: 8:00 A.M.<br>COURTROOM: 9D<br>HON. GEORGE H. WU |

# JOINDER

TO THIS HONORABLE COURT, THE UNITED STATES OF AMERICA AND ITS COUNSEL:

PLEASE TAKE NOTICE THAT defendant Juan Sanchez hereby joins in the motion for new trial submitted on September 22, 2025 by co-defendant Carlos Gonzales (ECF 1803).

Dated: September 24, 2025

                                Respectfully submitted,

                                RICHARD P. LASTING
                                CHARLES P. DIAMOND
                                AMY R. LUCAS

                                By: */s/ Charles P. Diamond*

                                Charles P. Diamond
                                Attorneys for Defendant Juan Sanchez