Marri Derby, State Bar Number 107209
Law Office of Marri Derby, APC
23 Corporate Plaza, Ste. 150
Newport Beach, CA 92660
marri@marriderbylaw.com
Phone: (949) 478-5084
Fax: (949) 608-7034

Joel Furman, State Bar Number 282222
Law Office of Joel Furman
1432 Edinger Ave. Ste. 240
Tustin, CA 92780
Joelfurmanlaw@gmail.com
Phone: (949) 887-2397

Attorneys for Defendant Michael Lerma

United States District Court
For The Central District of California

| | |
|---|---|
| United States of America, | Case No 18 CR 172-GW |
| Plaintiff, | |
| v. | **JOINDER OF DEFENDANT LERMA IN DEFENDANT J.V. GONZALEZ'S MOTION FOR ACQUITTAL AND NEW TRIAL (DOC. 1799), AND DEFENDANT C. GONZALEZ'S MOTION FOR NEW TRIAL (DOC. 1803)** |
| Michael Lerma, | |
| Defendant. | |

TO THE HONORABLE GEORGE WU, CENTRAL DISTRICT JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant MICHAEL LERMA hereby joins in the motion for acquittal or new trial filed by co-defendant J.V.

Gonzalez (Doc. 1799), and the motion for new trial filed by co-defendant C. Gonzalez (Doc. 1803).

Dated: September 25, 2025         Respectfully Submitted,


                /s/ Marri Derby
Marri Derby
Joel Furman
Attorneys for Michael Lerma