BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL LERMA, et al.,<br><br>    Defendants. | No. 2:18-CR-00172-GW-1, 6, 7, 8<br><br>[PROPOSED] ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT:

   1.   The government's deadline for its oppositions to the defense's post-trial motions under Rule 29 and 33 will be filed by November 3, 2025.

   2.   The defendants' deadline for their replies in support of their post-trial motions under Rule 29 and 33 will be filed by November 24, 2025.

   3.   The hearing on defendants' post-trial motions under Rule 29 and 33 will be on January 5, 2026, at 8:00 a.m.

4. The parties' sentencing briefing is due on January 15, 2026.

5. The defendants' sentencing hearing will be continued from January 5, 2026, to January 22, 2026, at 8:00 a.m.

_____   _____
DATE                              HONORABLE GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
_____
KELLYE NG
Assistant United States Attorney