BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
        1200/1300/1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2238/7962/8408
        Facsimile: (213) 894-0142
        E-mail:    kyle.kahan@usdoj.gov
                   kellye.ng@usdoj.gov
                   jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00172(A)-GW-1, 6, 7, 8 |
| Plaintiff, | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZE BRIEF |
| v. | |
| MICHAEL LERMA, *et al.*,<br>    [#1 MICHAEL LERMA]<br>    [#6 CARLOS GONZALEZ]<br>    [#7 JUAN SANCHEZ]<br>    [#8 JOSE GONZALEZ]<br><br>            Defendants. | |

     The Court has read and considered the government's ex parte

application for leave to file an oversized brief with respect to its

omnibus opposition to defendants' motions for judgments of

//

//

acquittal and motions for new trial.  The government's unopposed <u>ex parte</u> application for leave to file an oversized brief is GRANTED.


_____                _____
 DATE                                     HONORABLE GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kellye Ng*
_____
 KELLYE NG
 Assistant United States Attorney