Kyle Kahan (Cal. Bar 298848) Kellye Ng (Cal. Bar 313051)
Jason A. Gorn (Cal. Bar 296179)
United States Attorney's Office
312 North Spring Street, 12/13th/14th Floor
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-CR-172(A)-GW-1, 6, 7, 8 |
| v. | |
| MICHAEL LERMA, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

Legend Identifying Cooperating Witnesses' Names, submitted concurrently with the government's omnibus opposition to defendants' Rule 29 and 33 motions.

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

November 3, 2025
Date

Kyle W. Kahan
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*