BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
    1200/1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF KYLE W. KAHAN |
| v. | |
| MICHAEL LERMA, *et al.*, <br> [#1 MICHAEL LERMA] <br> [#6 CARLOS GONZALEZ] <br> [#7 JUAN SANCHEZ] <br> [#8 JOSE GONZALEZ] <br> Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason Gorn hereby applies ex parte for an order that the government's legend identifying cooperating witnesses' names submitted concurrently with its omnibus opposition to defendants' Rule 29 and 33 Motions be filed under seal.

//

This ex parte application is based upon the attached declaration of AUSA Kyle W. Kahan.

Dated: November 3, 2025            Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


          /s/
KYLE W. KAHAN
JASON A. GORN
KELLYE NG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF KYLE W. KAHAN**

I, Kyle W. Kahan, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its legend identifying cooperating witnesses' names under seal. The document submitted concurrently with the government's omnibus opposition to defendants' Rule 29 and 33 motions contains sensitive cooperating witness information protected under the parties' March 21, 2022, and February 6, 2024 Protective Orders filed at Docket Nos. 787, 1134. Sealing is required to protect those individuals and their families, especially since the government's omnibus opposition goes into detail what each cooperating witness testified to. Disclosure of these documents would tend to endanger the safety of the witnesses and their family members. This is so because individuals who have engaged in criminal activities and prison inmates often retaliate against witnesses and their families.

//
//
//
//
//
//
//
//
//
//

3. Should the Court deny this application, the government requests that its legend not be filed, but be returned to the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 3, 2025.

*Kyle W. Kahan*
KYLE W. KAHAN

2