# Exhibit A

┌─ REALTIME UNEDITED TRANSCRIPT ONLY ─

1          MR. KAHAN:  We will take care of it then.

2      If I could proceed with the witness?

3          THE COURT:  Yes, you may.

4  BY MR. KAHAN:

5  Q     Good afternoon?

6  A     Good afternoon.

7  Q     Where do you currently work at?

8  A     I'm a detective with the Los Angeles County Sheriff's

9  Department major crimes prison gang unit, and I am also a task

04:29PM  10  force officer on a FBI Safe Streets Gang Task Force.

11  Q     Before we get into those areas, can you describe how long

12  you have served the Sheriff's Department?

13  A     For 12 years.

14  Q     In what roles have you served the Sheriff's Department?

04:29PM  15  A     I worked as a deputy at Men's Central Jail, which is a

16  jail located about less than a mile away, probably.

17      I also worked on been a gang unit within the jail called

18  Operation Safe Jail.

19      I also worked as a task force officer with the FBI

04:29PM  20  investigating variety of crimes, including gang crimes.

21      I also worked as a patrolman in the City of Compton for

22  several years, and then back as a task force officer with the

23  FBI, as well as assigned to the major crimes prison gang unit,

24  and I was a detective.

04:30PM  25  Q     Let's talk about the major crimes unit.  What is that?

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    A    So Major Crimes Bureau is a unit within the Sheriff's

2    Department that assigns or handles cases that are a little

3    larger than your single defendant case or single crime case.

4         Often it handles robbery series, kidnappings, murder for

04:30PM    5    hires, cargo cat theft.  There is various surveillance and

6    fugitive apprehension teams.  And then the team I'm on is the

7    prison gang unit.  So we primarily investigate prison gangs,

8    such as the Mexican Mafia, and the activity that they conduct

9    both in the jails, prisons, as well as on the streets of Los

04:30PM    10    Angeles County and the surrounding areas.

11    Q    Because you focus on the Mexican Mafia as part of your

12    role in the major crimes unit, are there certain types of gangs

13    that are part of the Mexican Mafia that you also focus on?

14    A    Yes.  The Mexican Mafia is primarily comprised of Hispanic

04:31PM    15    street gangs within Southern California and the members of

16    those gangs.

17         So we primarily focus on Hispanic street gangs, as well

18    as Mexican Mafia members and their high ranking associates

19    within the jail system, especially since I work in the

04:31PM    20    Sheriff's Department, and the Sheriff's Department oversees the

21    Los Angeles County jail system, as well as the California

22    prison system and any other crimes that they commit throughout

23    Los Angeles County or the surrounding areas on behalf of those

24    gangs.

04:31PM    25    Q    Earlier on you mentioned you worked for a task force.  Can

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    you describe what this task -- well, back up.  What even is a

2    "task force"?

3    A    So a task force is really a group of investigators that

4    are from various agencies or within different areas of one

04:31PM  5    particular agency.

6         So, the task force that I'm currently on is comprised of

7    Sheriff's Department, like myself, the FBI, we have DEA, we

8    have Pomona Police Department, and El Monte Police Department.

9    And that is primarily who makes up the task force -- FBI, El

04:32PM  10    Monte, Pomona, and the sheriff's department.  So we utilize our

11    skill sets, our own resources, to all work together towards a

12    common goal of investigating gang related crimes and, primarily

13    Mexican Mafia gang related crimes.

14    Q    What's your role in this task force?

04:32PM  15    A    Well, I'm a detective focusing on prison gangs on the task

16    force.  So I have a large role in the task force ranging from

17    investigating the crimes to training newer task force officers,

18    to conducting surveillance, writing search warrants, conducting

19    interviews, listening to hundreds and hundreds of calls within

04:32PM  20    the jail and prison system to other members of jail and prison

21    or people on the streets.

22         So, really, I am kind of a catchall of an investigator

23    on the task force.

24    Q    And before we get into the Mexican Mafia itself, you keep

04:33PM  25    on using the term "prison gang."  What is a prison gang?

─── REALTIME UNEDITED TRANSCRIPT ONLY ───

1    A    Prison gang is -- could be misleading.

2         Prison gang is really primarily focussed in the prison

3    system, especially the California prison system because that's

4    where it is founded.  That's where its stronghold definitely

5    started.

6         But that doesn't mean all of the crimes occur in prison.

7         Oftentimes the highest ranking supervise are located

8    within the prison system, but a lot of times these crime end up

9    leading to the streets.  So because it is a prison gang and it

10   found was founded as a prison gang, it's known as a prison gang

11   but it definitely -- the territory is beyond the prison walls,

12   beyond the county jail walls, and off all the way into the

13   streets.

14   Q    What we're going to do -- I'm going to dive into this a

15   little deeper later on.  But generally, big picture, can you

16   just, based off of what you've describe and your familiarity

17   with it, can you describe generally what the Mexican Mafia is?

18   A    So, very generally, what the Mexican Mafia is, it's really

19   a gang of gangs, like a super gang.

20        And I say that because the Mexican Mafia members -- the

21   Mexican Mafia itself is comprised of very highly influential

22   and very respected leaders of various street gangs throughout

23   Southern California, and now even beyond Southern California.

24        So these are gang leaders of very large and prominent

25   street gangs in Los Angeles County, Orange COUNTY, Riverside

──── REALTIME UNEDITED TRANSCRIPT ONLY ────

1    County, San Diego County, and beyond -- such as 18th Street,

2    Florencia 13, Pomona 12th Street, for example.  And these

3    actual members now are --  although, they are members of their

4    original street gang, they are now members of this Mexican

04:34PM  5    Mafia.

6        These Mexican Mafia members actually control the

7    criminal activity conducted by those Hispanic street gangs.

8        In the streets, in the county jail system, as well as

9    the California prison systems, so these members actually

04:35PM  10   control territories.

11       They operate as their own individual franchise, so they

12   are not just always working together, but each member once you

13   are inducted as a Mexican Mafia member, you have your own

14   territory.  You operate individually to a certain extent.  Like

04:35PM  15   a franchise.

16           And you control that criminal activity that is

17   conducted by those street gangs in the territories you control.

18   Q    We're going to break that down a while during this

19   testimony, but quick question.

04:35PM  20       Mexican Mafia, does it have any other names?

21   A    It has a few names.  Mexican Mafia is the primary name, La

22   EME is the -- I would say used the most common.  Those are the

23   two that really jump out at me as things I hear frequently as

24   an investigator referred to as La EME or the Mexican Mafia.

04:35PM  25   Q    Just to be L-A, space E-M-E?

```
                    ─── REALTIME UNEDITED TRANSCRIPT ONLY ───
```

1    A    E-M-E, just the letter M.

2    Q    Is that the letter M in Spanish?

3    A    In Spanish, yes.

4    Q    Now you also mentioned working on something called

04:36PM  5    Operation Safe Jail.  What is that?

6    A    So Operation Safe Jail is a unit I worked on inside the

7    jail so it's actually focusing inside the jail where we're

8    gathering intelligence on gang members.

9         We are assisting detectives, not only on my department,

04:36PM  10   the Sheriff's Department, but the surrounding departments

11   throughout Los Angeles County or the FBI.

12        Gathering intelligence such as monitoring phone calls,

13   see if they are talking about criminal activity that they are

14   either in jail for or that they are now involved with on the

04:36PM  15   streets, meaning they might be ordering violence on the

16   streets, extortions on the streets.  We could be documenting

17   tattoos, we could be documenting their gang membership, and

18   their rightful monikers.  Really just gathering intelligence

19   and assisting in any way we can of these investigators, but we

04:37PM  20   are also investigating the crimes that occur in the jail.

21        So we are investigating assaults that take place in the

22   jail, weapons manufacturing, which is commonly referred to as a

23   "shank," like a knife, just a big piece of steel with one --

24   with a handle at the end.

04:37PM  25        Narcotics smuggling into the jail, narcotics possession,

82

REALTIME UNEDITED TRANSCRIPT ONLY

 1    really any criminal activity that is occurring inside the jail,

 2    especially involving gang members inside the jail, we are

 3    involved in that investigation so we have a wide role.

 4    Q    How about how many investigations have you been involved

04:37PM  5    in involving the Mexican Mafia would you say?

 6    A    Well, think about assaults, shootings, murders,

 7    extortions, narcotics, smuggling, sales, firearm sales.

 8              MR. NARDONI:  I'm going to object, it's

 9    nonresponsive to the question.  He asked how many

04:37PM 10    investigations.

11              THE COURT:  I will sustain the objection.

12          Let me ask the witness, do you remember the question?

13              THE WITNESS:  Yes.

14              THE COURT:  Okay.  How many investigations?

04:38PM 15              THE WITNESS:  Hundreds.

16    BY MR. KAHAN:

17    Q    Involving what type of crimes?

18    A    Crimes I just mentioned.  Extortions, robbery, murder,

19    attempt murder, shootings, narcotics sales, murder for hires,

04:38PM 20    conspiracies to commit murder, just any crime you could think

21    of really is what Mexican Mafia is involved in from my

22    experience.

23    Q    How long has your career been focused on Mexican Mafia

24    related investigations?

04:38PM 25    A    I would say about a decade because I started with the

83

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    Operation Safe Jail, which because of most of the criminal

2    activity occurring within the jail Mexican Mafia related.  I

3    started there about two years into my career and I have been

4    focusing on it ever since, so about a decade.

04:38PM    5    Q    You mentioned earlier that you have listened to jail calls

6    as part of your investigations?

7    A    Yes.  A lot of jail calls.

8    Q    Can you just generally describe what a jail call is?

9    A    So a jail call would be a call placed by an inmate in the

04:39PM    10   jail, or it could be even in the prison, to somebody out of

11   custody.

12         These calls are monitored and recorded -- well, they are

13   recorded, not all calls are monitored because there are

14   thousands upon thousands of inmates, but they can be monitored,

04:39PM    15   and I have listened to at least 1,000 of those phone calls

16   between Mexican Mafia related individuals.

17   Q    Now when you are doing this role as an investigator, and

18   investigating these sort of crimes, do you interview people

19   that you suspect are associated with the Mexican Mafia?

04:39PM    20   A    Definitely.

21   Q    How many of these interviews have you done?

22   A    At least 100.

23   Q    What about people that have confirmed connections to the

24   Mexican Mafia?

04:39PM    25   A    Dozens --

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1      MS. DERBY:  Foundation, vague.  Confirmed?

2      THE COURT:  Rephrase the question.

3  BY MR. KAHAN:

4  Q    When you are conducting these interviews do you discuss

04:40PM 5  with the person you are chatting with if they are, in fact, a

6  member or an associate of the Mexican Mafia?

7  A    Yes.

8  Q    And do some admit to it?

9  A    Yes.

04:40PM 10  Q    How many of those conversations would you say you had?

11  A    At least 100.

12  Q    Is that helpful for you to be able to have those sort of

13  conversations?

14  A    Definitely.

04:40PM 15  Q    Why?

16  A    Well, because we're speaking now about their criminal

17  activity, especially it depends on the circumstances.  If it's

18  somebody that is a suspect in a crime now I'm investigating

19  that crime and trying to learn nuances of that crime and their

04:40PM 20  involvement.  It could be a debrief or somebody trying to drop

21  out of the gang.

22      It could be someone that is just speaking freely.  When

23  we're speaking about kind of how the Mexican Mafia operates or

24  some of the crimes that they commit, and they might not think

04:40PM 25  much of it because it's not a specific crime that I'm

──── REALTIME UNEDITED TRANSCRIPT ONLY ────

1   investigating, but I'm still gathering a lot of knowledge and a

2   lot of intelligence from those conversations, and so now I'm

3   just in those interviews and in those conversations, I'm

4   building up my expertise and building up my knowledge on the

04:41PM   5   interworkings of the mafia and the people involved in that

6   criminal activity.

7   Q    Have you had any sort of training in this field?

8   A    I have.

9   Q    What is it?

04:41PM   10   A    I have taken 40 hours of street gangs and subcultures

11   which focuses on street gangs, but also prison gangs.

12        I have attended several conferences that have ranged

13   from one day to even a week where they focus on gang trends,

14   specifically on Mexican Mafia related trends, and those are

04:41PM   15   involving prison guards, prison officials, prison

16   investigators, as well as various jail investigators and also

17   detectives that are explaining their cases, and also current

18   trends that are occurring within the Mexican Mafia.

19        I have also -- well, I've taught a lot of classes also.

04:42PM   20   Q    Go ahead.  What sort of classes have you taught?

21   A    Well, I have taught classes on Mexican Mafia, especially

22   to the sheriff's department and newer deputies that are

23   arriving in the jail.  So where I can actually explain to them

24   how the Mexican Mafia works because it can be a very foreign

04:42PM   25   topic, and interesting thing to think that these 150 or so

─── REALTIME UNEDITED TRANSCRIPT ONLY ───

1    individuals control thousands of gang members.

2         I will have -- I'm sorry, I have taught classes to

3    members of the different police departments in Southern

4    California, the FBI, to various police departments throughout

04:42PM    5    central California, in Mexico, El Salvador, Honduras, Panama,

6    Belize, New York, not in Central America, also Texas, and I

7    also trained new task force officers as to investigations and

8    Mexican Mafia related investigations that are on our team.

9    Q    Now, are you also familiar at all with Pomona-based

04:42PM   10    Hispanic street gangs?

11   A    Yes.

12   Q    Can you describe that familiarity?

13   A    Well, in the jail as a regular deputy, as well as an

14   Operations Safe Jails investigator, I have spoken to dozens of

04:43PM   15    gang members from the City of Pomona.

16        So I have been familiar with them.

17        I also review several pieces of evidence known as a

18   "roll call," which is actually a document that inmates in the

19   county jail list their gang membership, their monikers, and as

04:43PM   20    well as their name.  And I have learned different street gangs

21   that are associated to Pomona, based off of reviewing that roll

22   call, that I've found during searches, as well as listening to

23   jail calls of Pomona gang members, as well as working in the

24   City of Pomona because our task force is actually -- the

04:43PM   25    sponsoring agency is Pomona Police Department.  So I have

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    become familiar with Hispanic Pomona street gangs in the area.

2    Q    Is there another word for Hispanic street gangs or its

3    members?

4    A    People refer to as Surenos or even Southsiders, but Sureno

04:44PM   5    gangs is most common.

6    Q    Have you testified as an expert before regarding the

7    Mexican Mafia and Surenos?

8    A    I have.

9    Q    And also just to backtrack a little bit, because of this

04:44PM   10   investigations you have done, listening to jail calls, your

11   training, your experience, are you familiar at all with slang

12   used by Surenos and Mexican Mafia members and associates?

13   A    Yes.

14   Q    Can you just describe generally how you have become

04:44PM   15   familiar with the slang?

16   A    Well, we become familiar with some of those conversations

17   I have had that I spoke with earlier in interviews, but also

18   just informal conversations where I can learn the vernacular

19   and slang that is used, but also listening to hundreds and

04:44PM   20   hundreds of jail calls where they're actually -- these inmates

21   and these Mexican Mafia soldiers and high ranking shot-callers

22   are discussing their criminal activity in coded language to try

23   and avoid people like me from finding out.

24   Q    We will get into some of the things you just said, the

04:45PM   25   definitions, but based off of everything you have just

─── REALTIME UNEDITED TRANSCRIPT ONLY ───

1    described, are you familiar with the Mexican Mafia structure?

2    A    Yes.

3    Q    Its hierarchy?

4    A    Yes.

04:45PM    5    Q    Its methods of operations?

6    A    Yes.

7    Q    Crimes submitted on its behalf?

8    A    Yes.

9    Q    Communications?

04:45PM    10    A    Yes.

11    Q    Can you just describe what -- when we're saying

12    "communications" what sort of things have you reviewed in your

13    investigations or in your trainings in order to be

14    knowledgeable about what sort of communications Mexican Mafia

04:45PM    15    and Surenos use?

16    A    So during my investigations, as well as investigations I

17    have assisted on, as try to utilize my expertise and knowledge,

18    I have listened to jail calls between communications of Mexican

19    Mafia members or their shot-callers, and the individuals on the

04:45PM    20    streets or in prison.

21        I have reviewed several handwritten notes that are

22    either between inmates within the jail system, inmates within

23    the prison system, or letters going from the streets to prison

24    or vice versa.

04:46PM    25        I have also reviewed communications of visits.  So an

─────── REALTIME UNEDITED TRANSCRIPT ONLY ───────

1    actual -- an inmate receives a visit from somebody, oftentimes

2    they will be utilizing coded language to communicate their

3    criminal activity over that visit and that could be a video

4    visit or it could be actually through sometimes Plexiglass and

04:46PM  5    a phone conversation.  So I have monitored those and I have

6    seen those, as well as phone calls that are on wiretaps.  But

7    usually phones, cell phone text messages, social media, any way

8    you can think of to communicate they will utilize, as well as

9    just verbal messages.

04:46PM  10          MR. KAHAN:  Your Honor, at this time United States

11    won move to admit Detective Self on the Mexican Mafia

12    structure, hierarchy, methods of operations, communications, as

13    well as Sureno and Hispanic street structure and slang.

14          THE COURT:  Any objection?

04:47PM  15          MR. NOVAK:  No, we have already litigated that.

16          THE COURT:  I will admit him as an expert.

17    BY MR. KAHAN:

18    Q    Do you understand that all of my questions regarding your

19    opinions on certain things could be based off of the training

04:47PM  20    and experience that you've of just described?

21    A    Yes.

22    Q    And just to go back on some of that, whenever you are

23    doing these sort of investigations are you -- is it just you

24    are investigating something that happened in the jail and

04:47PM  25    that's it or do you go out in the field and do these

90

REALTIME UNEDITED TRANSCRIPT ONLY

1    investigations and the follow up?

2    A    Definitely in the field, as well as the jail.

3    Q    As part of that you have reviewed suspected victims of

4    these crimes?

04:47PM  5    A    Yes.  A lot of victims.

6    Q    Witnesses?

7    A    Witnesses.

8    Q    Suspects and people that you have arrested?

9    A    Suspects, people we have arrested or investigating that

04:47PM  10    we're contacting during search warrants.

11    Q    And is that important for you to further learn about the

12    Mexican Mafia's overall structures and goals?

13    A    It's definitely important to get a wide array of knowledge

14    ranging from the victims to the witnesses to the actual

04:48PM  15    suspects and the crimes, because sometimes they are

16    interchangeable, to be honest.

17    Q    Now, let's talk about ways that you have gathered

18    intelligence on the Mexican Mafia.  Does it include a lot of

19    things you have just described?

04:48PM  20    A    Yes.

21    Q    Jail calls?

22    A    Yes.

23    Q    Letters?

24    A    Yes.

04:48PM  25    Q    Interviewing people?

─ REALTIME UNEDITED TRANSCRIPT ONLY ─

1    A    Yes.

2    Q    Is it easy to gather intel against Mexican Mafia and

3    Surenos?

4    A    No.

04:48PM    5    Q    Why?

6    A    Because they are doing their best effort to avoid people

7    like me from determining their criminal activity, so they try

8    to hide it the best they can.

9    Q    What then is from your experience the best way to gather

04:48PM    10    intelligence on the interworkings and structure of the Mexican

11    Mafia?

12    A    Well, cooperators, informants are great.

13         Listening to phone calls, where they are actually

14    discussing their criminal activity, because when someone is in

04:48PM    15    the custody setting they are often limited to how they can

16    communicate with the outside world.

17             So they will use these phone calls.

18         And if they cannot smuggle in a cell phone they will

19    have to utilize the jail or prison phone and then I can monitor

04:49PM    20    it, as well as doing search warrants and getting their cell

21    phones and reviewing those text messages that are discussing

22    the criminal activity.  If it is a contraband phone in prison

23    or jail, those have been seized and I have authored search

24    warrants on those devices and reviewed the context, text

04:49PM    25    messages, photographs, social media accounts.

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1              Any number of ways that we can, we will try and get

2      intelligence and evidence on those crimes, but they definitely

3      try their best to avoid that obviously.

4      Q      You mentioned cooperators, why is that helpful for your

04:49PM  5      investigations and gathering intelligence?

6      A      Well, because what I have learned is the Mexican Mafia, as

7      well as their soldiers, try so hard to avoid detection, coded

8      language, deleting messages, verbal messages only, that someone

9      in the interworkings would have intimate knowledge of the

04:50PM  10     workings of the organization, something that I might not be

11     able to gather in realtime.  But also something that I wouldn't

12     it be privy to like a private conversation, so they are

13     invaluable.

14     Q      You mentioned coded language, what is that?

04:50PM  15     A      Well, coded language would be something that is used and

16     is devised in way that only the two parties would know what

17     they're speaking about, not necessarily a glossary or the

18     Rosetta Stone of exact terms, but it would be more informal

19     gang code where they are actually speaking about something that

04:50PM  20     hopefully only those two parties would know that would be

21     difficult for me to understand.

22              But I would have to use the context of the entire

23     investigation, whether it's narcotics or an assault order or a

24     murder order, so they are using some sort of code that

04:50PM  25     hopefully they only understand and hopefully I can figure out

─────── REALTIME UNEDITED TRANSCRIPT ONLY───────

1    based off of the entirety of the investigation.

2    Q    Now, when you're talking to cooperators, is there some

3    sort of risk attached to cooperating against the Mexican Mafia?

4    A    Oh, yes, there is a lot of risk.

04:51PM    5    Q    Can you describe those risks?

6    A    Well, that is one of the --

7            MR. NOVAK:  Objection, relevance.

8            THE COURT:  Overruled.

9    A    The cardinal sin and the No. 1 rule of the Mexican Mafia

04:51PM    10   and gang life is to not cooperate with law enforcement.

11            So anybody that is deemed to be cooperating with law

12   enforcement or even suspected could be violently attacked or

13   even murdered, unfortunately.

14   BY MR. KAHAN:

04:51PM    15   Q    Is there a term for that in terms of being a target for

16   murder?

17   A    Well, somebody that's on the "green light list" is the

18   most commonly used term.

19   Q    "Green light"?

04:51PM    20   A    Green light.

21   Q    Now we have been talking about the Mexican Mafia a lot,

22   can you just describe the overall goals of the Mexican Mafia?

23   A    The overall goals of the Mexican Mafia is to have power.

24   Have power of the prison system, have power of the jails, and

04:52PM    25   have power of the streets, the community.

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1          That power ultimately translates to money generated.

2          So really once they figured they could have the power of

3     all of these different entities, they can actually use that

4     power to generate revenue through a variety of ways victimizing

04:52PM  5     people.

6     Q     Making money, revenue, it sounds like a business?

7     A     It's very business-esque, it's just the means in which

8     they conduct their business is the real problem.

9     Q     Like a business then or franchise as you mentioned

04:52PM  10    earlier, does it have rules?

11    A     There are rules.

12    Q     What are the rules?

13    A     We just touched on the most important rule which is don't

14    rat, don't cooperate with law enforcement under any

04:52PM  15    circumstances.

16          They do not steal money from the Mexican Mafia.  If you

17    owe a debt to the Mexican Mafia, you shall pay that debt.

18          There's different settings have different rules.  So in

19    the custody setting, there is even mundane rules such as you

04:53PM  20    shall wake up at a certain time of day, you shall be quiet at a

21    certain time of day, you have to roll up your mattress, you

22    have to go to dayroom or the recreational area, you have to

23    have your shoes on throughout the day in case of a fight breaks

24    out where your fellow gang members need assistance.

04:53PM  25          They are actually controlling every aspect of their life

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    from those little things, like when they wake up to if you

2    smuggle narcotics into the jail you have to pay a portion of

3    those narcotics smuggled in to the Mexican Mafia.

4    Q     Is there a term for that?

04:53PM    5    A     It's commonly known as the "thirds," because actually a

6    thirds of those narcotics smuggled into the county jail or

7    prison system would belong to the Mexican Mafia, meaning they

8    would actually confiscate that and if you do not agree to those

9    terms, then you will be met with violent results.

04:53PM    10    Q     Now in terms of the overall structure of the Mexican

11    Mafia, can you just describe what that structure looks like?

12    A     Well, it's similar to a pyramid, really a paramilitary

13    organization, where you have a CEO, or the general, that's

14    Mexican Mafia member.

04:54PM    15           And the Mexican Mafia member, I touched on it that

16    there's certain individuals that are yes, criminal street gang

17    members but they are actually Mexican Mafia members and they

18    control the criminal activity that is conducted by those street

19    gang members.  But each individual member has autonomy to

04:54PM    20    operate how they see fit.  They operate as their own franchise

21    basically where they actually will control the criminal

22    activity that is in their territory.

23           Now, obviously there is a lot of moving parts within

24    their organizations.  So they will have then some sort of

04:54PM    25    secretary that is actually relaying messages between them and

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1    the subordinates.  If it's on the streets there is -- there is

2    really three different factions of their territory, the prison

3    system, possibly a jail system, and then the streets.

4         So each individual area would have a designated

04:55PM  5    shot-caller controlling that area, if it's the City of Compton

6    or if it's the City of Pomona they would designate a specific

7    crew chief or shot-caller for that area.

8         Moving down, they would have designated shot-callers for

9    the gangs that they control.

04:55PM  10        Moving down, you would have all of the individual gang

11   members.

12        So now these gang members that are traditional street

13   gang members wouldn't have direct access usually to speaking

14   directly to the mafia member.  They might not even have access

04:55PM  15   to speak directly to that crew chief that's running the city,

16   it would go through -- like any other chain of command, through

17   their shot-caller of their designated gang, to that crew chief

18   or that shot-caller, and then maybe if the Mexican Mafia member

19   has decided that he would speak directly with that crew chief,

04:56PM  20   then he might be able to speak to them, but really -- and

21   messages would flow both ways.  Any issues with the gang would

22   be disseminated down and all payments would go up, because I

23   think we will probably touch on it, but just to be known as a

24   criminal street gang in Southern California, you have to pay a

04:56PM  25   revenue, you have to pay a tax, they call it "rent."

─────────────── REALTIME UNEDITED TRANSCRIPT ONLY ───────────────

1          You have to pay that tax to that Mexican Mafia member in

2    your area just to be known as a gang.  Meaning if you're

3    tagging on walls, you're conducting criminal activity in a

4    group, you have to decide that if you are going to be a gang or

04:56PM  5    you are not going to conduct that criminal activity.  So you

6    actually have to get permission from this Mexican Mafia member

7    just to be viewed as a gang.

8    Q    Now, you mentioned -- and the gangs you are referring to,

9    are those Surenos?

04:56PM  10   A    Yes.

11   Q    Are there any other notable Surenos that answer to the

12   Mexican Mafia?

13   A    You mean Sureno gangs?

14   Q    Yep.

04:57PM  15   A    Very prominent gangs that a lot of people know about,

16   Florencia 13, MS-13 has been in the news, 18th Street, Pomona

17   12th Street, Compton Barrios 70s, Pacomia Flats, Barrios San

18   Fers, all the way to National City in San Diego, Logan Heights,

19   F-Troop in Santa Ana.

04:57PM  20        Really, any Hispanic street gang you could think of from

21   very small maybe there's only 5, 10, 15 members, all the way to

22   the larger gangs like Florencia 13 and MS-13 who have upwards

23   of thousands of members, they all are Sureno gangs that are

24   loyal to the Mexican Mafia, and actually pay taxes and answer

04:57PM  25   to those Mexican Mafia members.

REALTIME UNEDITED TRANSCRIPT ONLY

```
 1   Q    Now you also mentioned -- you kept on using the word when

 2   referring to a member as "he."  He, it has to be a man?

 3   A    Yes.

 4   Q    Now, are there benefits for a Surenos street gang member

 5   to following the rules of a Mexican Mafia?

 6   A    Yes.

 7   Q    What are those benefits?

 8   A    Well, A, you are not going to be targeted for assault or

 9   death for not cooperating with their program with paying those

10   taxes.

11        Also, you can operate now and generate money using

12   criminal activity in their territory, so as you pay some form

13   of tax and kickback to that Mexican Mafia member controlling

14   the territory.

15        That is just on the basic street gang level.

16        Now, obviously the higher up you work within the

17   organization, the greater benefits you have.

18   Q    What sort of benefits can that be?

19   A    Well, it would be a variety of things.  You could get

20   sometimes discounted narcotics that you would be able to sell.

21        You could gain power and influence over your gang, which

22   has its own benefits because now you are able to dictate terms

23   of your gang, membership of your gang.

24        You also get new moneymaking opportunities when you get

25   that reputation for being a shot-caller or a valuable resource
```

─── REALTIME UNEDITED TRANSCRIPT ONLY───

1  to the Mexican Mafia, when you go into the custody setting from

2  a jail or prison, you might be appointed some sort of

3  shot-caller in there, where now you are able to generate

4  revenue for your Mexican Mafia members, but sometimes those

04:59PM  5  Mexican Mafia members will actually give you a kickback of the

6  money you are generating.

7       You oftentimes will not have to pay taxes yourself if

8  you are selling narcotics.

9       If you are collecting extortion money and taxes from

04:59PM  10  criminal activity conducted in your city on behalf of that

11  Mexican Mafia member, well, it's very common from what I have

12  learned for those Mexican Mafia members to not force that

13  shot-caller to then pay a tax to him because of all the -- for

14  the criminal activity he conducts because he's obviously

04:59PM  15  generating a lot of revenue for that Mexican Mafia member.

16  Q    Are there consequences for disobeying a rule?

17  A    A lot of bad consequences.

18  Q    Such as?

19  A    Well, it could be as low as a fine.  If you owed money, it

05:00PM  20  might get double.

21       If broke some sort of rule, you might $1,000, $10,000.

22       It could be escalated to violence where you actually are

23  beat up hands and feet by various soldiers of the Mexican

24  Mafia.

05:00PM  25       It could be upwards of a stabbing, and obviously it

──────── REALTIME UNEDITED TRANSCRIPT ONLY ────────

1    could result in death, really depending on the severity of the

2    punishment.

3         Also just how that Mexican Mafia member is feeling,

4    because ultimately what he says goes and the rules and the

05:00PM   5    punishment are his to determine because he is able to operate

6    with complete autonomy in his territory.

7         THE COURT:  It's 5 o'clock so why don't we stop at

8    this point, ladies and gentlemen.

9         Also, I made an error.  We're going to start tomorrow at

05:00PM   10   10 o'clock, not 10:30.  One of the things I thought I had on my

11   calendar for tomorrow morning has gone away, so we will start

12   tomorrow at 10 o'clock.

13        And Javier, you told them where they are supposed to be?

14        THE COURTROOM DEPUTY:  I will tell them right now.

05:01PM   15   THE COURT:  Okay.  My clerk will tell you where to

16   be tomorrow morning.  Also, remember when you are on these

17   breaks, please do not discuss this case with anyone, don't do

18   any independent research, don't go on any social media or other

19   forms of inquiry.  Drive very safely, this is Los Angeles.

05:01PM   20   Otherwise, have a very pleasant evening, and I will see

21   you all tomorrow at 10 o'clock.

22        THE COURTROOM DEPUTY:  All rise.

23        (Jury exits the courtroom at 5:01 p.m.)

24        THE COURT:  Yes, you can step down.

05:02PM   25   Yes, Mr. Novak?