```
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
     1200/1300/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:   kyle.kahan@usdoj.gov
               kellye.ng@usdoj.gov
               jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| MICHAEL LERMA, *et al.*,<br>  [#1 MICHAEL LERMA]<br>  [#6 CARLOS GONZALEZ]<br>  [#7 JUAN SANCHEZ]<br>  [#8 JOSE GONZALEZ] | |
| Defendants. | |

The Court has read and considered the government's ex parte application for leave to file an oversized brief with respect to its omnibus opposition to defendants' motions for judgments of

//

//

acquittal and motions for new trial.  The government's ex parte application for leave to file an oversized brief is GRANTED.

November 4, 2025
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kellye Ng*
KELLYE NG
Assistant United States Attorney