LAW OFFICE OF MARRI DERBY, A PROF. CORP.
MARRI DERBY ST. BAR # 107209
23 CORPORATE PLAZA DR., STE 150
NEWPORT BEACH, CA 92660

(949)478-5084;
marri@marriderbylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff(s)<br><br>v.<br><br>MICHAEL LERMA<br><br>Defendant(s) | CASE NUMBER:<br>CR 18-0172-GW<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  GEORGE WU  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden Smith, Pelican Bay State Prison 5905 Lake Earl Drive, Crescent City, CA 95531

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Arthur Estrada CDCR # V26050** before the Honorable  George WU  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **9D**, located at 350 W. 1ST, LOS ANGELES, CA 90012 on **January 5, 2026** at **8:30 AM**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  GEORGE WU  Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)