Law Office of Marri Derby, A Prof. Corp.
Marri Derby St Bar # 107209
23 Corporate Plaza Dr., Ste. 150
Newport Beach, CA 92660
(949) 478-5084
marri@marriderbylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff(s)<br><br>v.<br><br>MICHAEL LERMA et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:18-CR-0172-GW<br><br>**ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: __Arthur Estrada CDCR #V26050__

   Alias: __Turi Estrada__

on __January 5, 2026__ at __9:00 am__ before Judge/Magistrate Judge __George Wu__

   *(Date of Appearance)*        (Time)

Dated:

U.S. District Judge/U.S. Magistrate Judge