TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/8408/7962
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S RULE 33 EVIDENTIARY HEARING EXHIBIT LIST |
| v. | |
| MICHAEL LERMA, *et al.*, | Trial Date: January 5, 2026<br>Trial Time: 8:00 a.m.<br>Location: Courtroom of the<br>Hon. George Wu |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, hereby submits the Government's Exhibit List for the January 5, 2026 Rule 33 Evidentiary Hearing.

///

///

The government reserves the right to update, modify, and edit the exhibit list and exhibits below.

Dated: January 2, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Kyle W. Kahan*
KYLE W. KAHAN
KELLYE NG
JASON A. GORN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| | **EXHIBIT LIST** | | | | |
|---|---|---|---|---|---|
| | United States v. Michael Lerma, *et al.* Rule 33 Evidentiary Hearing 18-00172(A)-GW | | | | |
| **Exhibit No.** | **Description** | **Stip. To Authen.** | **Stip. To Admit** | **Date Identified** | **Date Admitted** |
| 1. | July 30, 2025 Trial Transcript – US v. Navarro, 22-CR-340-AB [LS_28189-259] | | | | |
| 2. | July 31, 2025 Trial Transcript – US v. Navarro, 22-CR-340-AB [LS _28260-305] | | | | |
| 3. | Apr. 1, 2025 Los Angeles Times Article [LS_28483-502] | | | | |
| 4. | June 11, 2025 Second Superseding Indictment – US v. Navarro, 22-CR-340-AB [LS _28503-17] | | | | |
| 5. | July 31, 2025 Verdict Form – US v. Navarro, 22-CR-340-AB [LS_28518-24] | | | | |
| 6. | Bureau of Prisons ("BOP") Inmate History Quarters Form – Michael Lerma [LS_28534-36] | | | | |
| 7. | BOP Inmate History Quarters Form – Johnny Macias [LS_28525-26] | | | | |
| 8. | BOP Inmate History Quarters Form – Daniel Navarro [LS_28531-33] | | | | |

| Exhibit No. | Description | Stip. To Authen. | Stip. To Admit | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9. | BOP Inmate Discipline Data – Johnny Macias [LS_28182] | | | | |
| 10. | BOP Inmate Discipline Data – Daniel Navarro [LS_28183-86] | | | | |
| 11. | Sept. 7, 2022 Indictment – US v. Macias, 8:22-CR-132-CJC | | | | |
| 12. | Felony Complaint, Minute Orders, Judgement – People v. Macias, *et al.*, Orange County Superior Court No. SAPD 16-14258 [LS_28336-62] | | | | |
| 13. | Felony Complaint, Minute Orders, Judgement – People v. Macias, *et al.*, Orange County Superior Court No. TPD 19-3634 [LS_28363-86] | | | | |
| 14. | September 17, 2020 California Department of Corrections and Rehabilitation Notice and Conditions of Parole Form [LS_28307-09] | | | | |