[prepared by]
Richard G. Novak (SBN 149303)
65 N. Raymond Ave. #320
Pasadena, CA 91103
T: 626-685-2562
E: Richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: 2:18-cr-172(A)-GW |
|---|---|
| Plaintiff(s),<br>v.<br>MICHAEL LERMA, et al.<br>Defendant(s). | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: <u>Daniel Navarro (BOP Registration Number 10778-510)</u>

Alias: _____

on <u>January 22, 2026</u>   at <u>8:00 a.m.</u>   before U.S. District Judge George H. Wu.
   *(Date of Appearance)   (Time)*

Dated:_____

_____
**U.S. District Judge**