UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-172-GW | Date | January 5, 2026 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | ECRO / Court Smart | Kellye Ng; Kyle W. Kahan; Jason A. Gorn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri B. Derby, CJA<br>Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA<br>Kenneth M. Miller, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA<br>Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Shaun Khojayan, CJA<br>Daniel A. Nardoni, CJA | ✔ | ✔ | |

**Proceedings:** **JOSE VALENCIA GONZALEZ'S MOTION FOR AQUITTAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 29(C) OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL UNDER RULE 33 [1799]; DEFENDANT CARLOS GONZALEZ' MOTION FOR JUDGMENT OF ACQUITTAL AS TO COUNTS SEVEN AND EIGHT AND FOR THE STRIKING OF A SPECIAL FINDING AS TO COUNT ONE [1800]; DEFENDANTS' JOINT MOTION FOR NEW TRIAL BASED ON (1) EXCLUSION OF EXPERT TESTIMONY OF ROY "TIM" GRAVETTE, AND (2) LIMITATIONS ON JOSE MARTINEZ CROSS EXAMINATION [1802]; DEFENDANT CARLOS GONZALEZ'S MOTION FOR A NEW TRIAL AND FOR EVIDENTIARY HEARING [1803]; and DEFENDANT LERMA'S MOTION FOR ACQUITTAL; NEW TRIAL PURSUANT TO FED. RULES 29 AND 33 [1804]**

John N. Aquilina, counsel for material witness Johnny G. Macias and Meghan Blanco, counsel for material witness Daniel Navarro are also present.

The Court's under seal Tentative Rulings on the above-entitled Motions [1799, 1800, 1802, 1803, 1804] was emailed to the parties on January 2, 2026 and placed on the docket under seal as ECF 1868.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling as to Defendants' Motion for Acquittal [1799, 1800 and 1804]. Defendants' Motions are DENIED.

For reasons stated on the record, Defendants' Motions for New Trial are CONTINUED to January 22, 2026 at 8:00 a.m. Defendants are to file a joint document by January 16, 2026.

Parties will meet and confer re sentencing as to Defendants, and file a stipulation to continue as soon as conveniently possible.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | JG | |