Prepared by
Richard G. Novak (SBN 149303)
65 N. Raymond Avenue, #320
Pasadena, CA 91103
626-578-1175
richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. MICHAEL LERMA, et al., Defendant(s) | CASE NUMBER: CR 2:18-cr-172(A)-GW   CV  <br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM |
|---|---|

WHEREAS the attached application was granted by the Honorable __George H. Wu__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __J. Engleman, Interim Warden, MDC-Los Angeles__

IS HEREBY DIRECTED to produce and deliver the named detainee, __Johnny G. Macias, 18363-510__ before the Honorable __George H. Wu__ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __9D__, located at __Courtroom 9D, 350 West 1st Street, LA, CA 90012__ on __January 22, 2026__ at __8:00 a.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

WITNESS the Honorable __George H. Wu__ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: __January 6, 2026__

CLERK, U.S. DISTRICT COURT

By: __/s/ Javier Gonzalez__
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)