```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
     1400/1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/7962/8408
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                kellye.ng@usdoj.gov
                jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL LERMA, *et al.*,<br><br>  Defendants. | No. 2:18-CR-00172-GW-1, 6, 7, 8<br><br>STIPULATION FOR SENTENCING BRIEFING AND HEARING SCHEDULE |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn; defendant Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel M. Furman; defendant Carlos Gonzalez, by and through his counsel of record, Richard G. Novak and Kenneth M. Miller; defendant Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni; and defendant Juan Sanchez, by and through his

counsel of record, Charles P. Diamond and Amy R. Lucas (collectively, "defendants"), hereby stipulate to continue the sentencing briefing and hearing schedule:

    a.   The evidentiary hearing on defendants' post-trial motions under Rule 29 and 33 was scheduled for January 5, 2026, at 8:00 a.m. However, due to witness transportation issues, the Court continued the evidentiary hearing on defendants' motions for a new trial to January 22, 2026, at 8:00 a.m. (Dkt. 1872.)

  2.   The parties stipulate to the following briefing and hearing schedule:

    a.   The parties' sentencing briefing shall be due on March 2, 2026, subject to the evidentiary hearing on defendants' motions for a new trial being concluded and a final order on the motions for a new trial being issued.

//
//
//
//
//
//
//
//
//
//
//
//
//

b.  The sentencing hearing will be continued to March 9, 2026, at 8:00 a.m.

IT IS SO STIPULATED.

Dated: January 16, 2026                    Respectfully submitted,

                                            TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


          /s/
KYLE W. KAHAN
KELLYE NG
JASON A. GORN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


/s/ (with email authorization)        /s/ (with email authorization)
MARRI B. DERBY                        SHAUN KHOJAYAN
JOEL FURMAN                           DANIEL A. NARDONI

Attorneys for Defendant               Attorneys for Defendant
MICHAEL LERMA                         JOSE VALENCIA GONZALEZ


/s/ (with email authorization)        /s/ (with email authorization)
RICHARD G. NOVAK                      CHARLES P. DIAMOND
KENNETH M. MILLER                     AMY R. LUCAS
                                      RICHARD P. LASTING
Attorneys for Defendant
CARLOS GONZALEZ                       Attorneys for Defendant
                                      JUAN SANCHEZ