# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL LERMA et. al.,<br><br>    Defendant. | 2:18-cr-172-GW<br><br>[PROPOSED] ORDER DIRECTING THE GOVERNMENT TO DISCLOSE DISCOVERY REGARDING WITNESS JM |

TO UNITED STATES ATTORNEY'S OFFICE, KYLE KAHAN, JASON GORN, AND KELLYE NG:

GOOD CAUSE having been shown, the United States Attorney's Office is directed to provide copies of JM's recent hospitalization records and recent robbery arrest records to defense counsel.

.

Dated: _____

                     HONORABLE GEORGE WU