TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
              kellye.ng@usdoj.gov
              jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | ORDER FOR SENTENCING BRIEFING AND HEARING SCHEDULE |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    1.   The parties' sentencing briefing is due on March 2, 2026, subject to the evidentiary hearing on defendants' motions for a new trial being concluded and a final order on the motions for a new trial being issued.

//

//

//

//

2. The defendants' sentencing hearing will be continued to March 9, 2026, at 8:00 a.m. Sentencing positions are to be filed by noon on March 2, 2026.

January 20, 2026
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kyle W. Kahan*
KYLE W. KAHAN
Assistant United States Attorney