Kellye Ng (Cal. Bar No. 313051)
Assistant United States Attorney
United States Attorney's Office
312 North Spring Street, 13th Floor
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-172(A)-GW-1, 6, 7, 8 |
| v. | |
| MICHAEL LERMA, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Government's Exhibits 1 - 16 (Amended Exhibit List filed at Dkt. 1895) in Opposition to Defendants' Motion for a New Trial Under Rule 33

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: 02/12/2026
☐ Other:

February 16, 2026
Date

Kellye Ng
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING