Name & Address:
Richard G. Novak (SBN 149303)
65 N. Raymond Ave. #320
Pasadena, CA 91103
Richard@RGNLaw.com
626-808-7908
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-CR-00172(A)-GW-6 |
| v. | |
| CARLOS GONZALEZ (6) | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: **(List Documents)**

SEALED DEFENSE EXHIBITS C, D, AND E, WHICH WERE RECEIVED INTO EVIDENCE DURING THE HEARING ON DEFENDANTS' MOTION FOR A NEW TRIAL ON FEBRUARY 12, 2026.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:  February 12, 2026
☐ Other:

February 22, 2026
Date

RICHARD G. NOVAK
Attorney Name
CARLOS GONZALEZ
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING