RICHARD G. NOVAK (State Bar No. 149303)
Richard G. Novak, A Prof. Law Corp.
Richard@RGNLaw.com
65 N. Raymond Ave., Suite 320
Pasadena, CA 91103
Phone: 626-578-1175; Fax: (626) 685-2562

KENNETH M. MILLER (State Bar No. 151874)
Kmiller@bmkattorneys.com
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Phone: 949-369-3700; Fax: 949-496-6753

Attorneys for Defendant CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS GONZALEZ (6),<br><br>　　　　Defendant. | **CASE NO.: 2:18-CR-00172(A)-GW-6**<br><br>DEFENDANT CARLOS GONZALEZ' *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENSE EXHIBITS C, D, AND E WHICH WERE RECEIVED INTO EVIDENCE ON FEBRUARY 12, 2026, DURING THE HEARING ON THE DEFENDANTS' MOTION FOR A NEW TRIAL; DECLARATION OF COUNSEL |

1 | Defendant Carlos Gonzalez, by and through his counsel of record, Richard
2 | G. Novak and Kenneth M. Miller, hereby applies *ex parte* for an order authorizing
3 | the under seal a filing of Defense Exhibits C, D, and E, which were received into
4 | evidence on February 12, 2026, during the hearing on the defendants' joint motion
5 | for a new trial.

6 | This application is based upon the attached declaration of counsel.

8 | Dated: February 22, 2026                    Respectfully submitted,

10 |                          By:   /s/ Richard G. Novak
11 |                                Kenneth M. Miller
12 |                                Richard G. Novak
                                   Attorneys for Defendant
13 |                                CARLOS GONZALEZ

**DECLARATION OF RICHARD G. NOVAK**

I, Richard G. Novak, hereby declare as follows:

1. I am a lawyer duly admitted to practice before this Court. Along with Kenneth M. Miller, I am counsel of record for defendant Carlos Gonzalez (Mr. Gonzalez) in *United States v. Lerma, et al.*, Case No. 2:18-cr-00172(A)-GW-6

2. This declaration is filed in support of Mr. Gonzalez' ex parte application for leave to file under seal Defense Exhibits C, D, and E, which were received into evidence on February 12, 2026, during the hearing on the defendants' joint motion for a new trial.

3. At the time that these exhibits were received into evidence, the Court directed counsel to lodge them for under seal filing. The exhibits are appropriately filed under seal because they contain information produced to the defendants by the government pursuant to the protective orders issued in this case, and more specifically because they contain detailed data maintained by the Bureau of Prisons concerning inmates and their movements that are not otherwise public information.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and understanding. Executed on this 22nd day of February 2026.

                                     */s/ Richard G. Novak*
                                     Richard G. Novak