UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>CARLOS GONZALEZ (6),<br><br>   Defendant. | CASE NO.: 2:18-CR-00172(A)GW-6<br><br>[PROPOSED] ORDER AUTHORIZING UNDER SEAL FILING OF DEFENDANTS' EXHIBITS C, D, AND E WHICH WERE ADMITTED INTO EVIDENCE DURING THE FEBRUARY 12, 20206, HEARING ON THE JOINT DEFENSE MOTION FOR A NEW TRIAL |

  The Court having reviewed defendant Carlos Gonzalez' ex parte application for leave to file under seal Defense Exhibits C, D, and E, which were admitted into evidence on February 12, 2026, at the hearing on defendants' motion for a new trial, and for good cause shown, the Court hereby orders that said exhibits shall be filed under seal.

  IT IS SO ORDERED.

Dated: _____

             GEORGE H. WU
             UNITED STATES DISTRICT JUDGE