UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 18-172-GW | Date: February 23, 2026 |
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Interpreter | None | |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Kyle W. Kahan; Jason A. Gorn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri B. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA; Kenneth M. Miller, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Shaun Khojayan, CJA | ✔ | ✔ | |

**Proceedings:** EVIDENTIARY HEARING RE DEFENDANT CARLOS GONZALEZ'S MOTION FOR A NEW TRIAL AND FOR EVIDENTIARY HEARING [1803]; and DEFENDANT LERMA'S MOTION FOR ACQUITTAL; NEW TRIAL PURSUANT TO FED. RULES 29 AND 33 [1804]

John N. Aquilina, counsel for material witness Johnny G. Macias is also present.

The Court hears testimony from Johnny G. Macias.

Court and counsel discuss scheduling. Each side will file a supplemental brief re closing arguments by no later than March 5, 2026. The Motions above will stand submitted.

Defendant Michael Lerma's Ex Parte Application for an Order Directing the Government to Disclose Discovery Regarding Witness JM [1903] is TAKEN UNDER SUBMISSION.

                                                                    1  :  10

Initials of Deputy Clerk   JG