KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
312 N. Spring Street, 12th Floor
Los Angeles, CA 90012
Tel.: (213) 894-2238

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-CR-00172(A)-GW-1,6,7,8 |
| v. | |
| Michael Lerma, et al. | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1) Sealed Exhibits

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 2, 2026                                    Kyle W. Kahan
Date                                             Attorney Name
                                                 United States of America
                                                 Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        **NOTICE OF MANUAL FILING OR LODGING**