TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
     1400/1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/8408/7962
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                jason.gorn@usdoj.gov
                kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172(A)-GW-1,6,7,8 |
|---|---|
| Plaintiff, | [PROPOSED] OMNIBUS ORDER SEALING DOCUMENTS |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's omnibus <u>ex parte</u> application for sealed filing is GRANTED. The documents sought to be filed under seal and the

//

//

//

//

//

government's <u>ex parte</u> application for sealed filing shall all be filed under seal.

_____          _____
DATE                                  HONORABLE GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE

### IN CASE OF DENIAL:

The government's omnibus application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                  HONORABLE GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE

Presented by:


*/s/ Kyle W. Kahan*
KYLE W. KAHAN
Assistant United States Attorney