UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**[AMENDED]**
**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 18-172-GW | | Date | February 12, 2026 |
|---|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Javier Gonzalez | Maria Bustillos | Kellye Ng; Kyle W. Kahan; Jason A. Gorn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri B. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA Kenneth M. Miller, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA | ✔ | ✔ | |

**Proceedings:** **EVIDENTIARY HEARING RE DEFENDANT CARLOS GONZALEZ'S MOTION FOR A NEW TRIAL AND FOR EVIDENTIARY HEARING [1803]; and DEFENDANT LERMA'S MOTION FOR ACQUITTAL; NEW TRIAL PURSUANT TO FED. RULES 29 AND 33 [1804]**

John N. Aquilina, counsel for material witness Johnny G. Macias and Meghan Blanco, counsel for material witness Daniel Navarro are also present.

Material witness Johnny G. Macias declined to leave his cell and is not present. Outside the presence of government counsel, defense counsel, and the Defendants, the Court discusses Mr. Macias failure to be present with his counsel John N. Aquilina. The transcript of this proceeding is placed under seal.

The Court continues the hearing as to Johnny G. Macias on February 23, 2026 at 10:00 a.m. Macias is ordered to appear. Defendants are to prepare and lodge a proposed extraction order for Mr. Macias forthwith.

The Court hears testimony from Marcos Amaro. Government Exhibits 6, 7 and 16 are identified and admitted. Defense Exhibits C, D and E are identified and admitted.

The Court hears testimony from Daniel Navarro. Defense Exhibit B is identified and admitted.

The Court hears testimony from Arthur Martirosyan. Government Exhibit 15 is identified.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**[AMENDED]**
**CRIMINAL MINUTES - GENERAL**

Counsel are to lodge their exhibits under seal.

The Court continues the evidentiary hearing to February 23, 2026 at 10:00 a.m.

*The portions of this hearing transcript that are under seal may be provided to counsel.*

|  | 2 | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |