TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
    1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2431/8536
    Facsimile: (213) 894-3713
    E-mail:    kathy.yu@usdoj.gov
               kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>MICHAEL LERMA, et al.,<br><br>　　　　Defendants. | No. CR 18-172-GW<br><br>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO UNSEAL PROCEEDINGS |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Kathy Yu and Kevin B. Reidy, hereby files its Unopposed Ex Parte Application to Unseal Proceedings.

The government's request is based upon the attached declaration, the files and records in this case, and such further evidence and arguments as the Court may permit.

Dated: April 2, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Deputy Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        ALEXANDER B. SCHWAB
                                        Assistant United States Attorney
                                        Acting Chief, Criminal Division


                                         /s/
                                        KATHY YU
                                        KEVIN B. REIDY
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**DECLARATION OF KATHY YU**

I, Kathy Yu, declare as follows:

1.    I am an Assistant United States Attorney and a prosecutor in United States v. Navarro, et al., 22-CR-340(B)-AB.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    On February 12, 2026, Daniel Navarro testified at an evidentiary hearing in United States v. Lerma, et al.  I attended this hearing, and the hearing was not closed to the public.

3.    At this hearing, among other things, Mr. Navarro testified regarding the charges of which he was convicted (two counts of sexual exploitation of a child to produce a sexually explicit visual depiction, one count of attempted enticement of a minor to engage in criminal sexual activity, one count of transporting a minor with intent to engage in criminal sexual activity, one count of distribution of child pornography, and one count of transportation of child pornography).

4.    Mr. Navarro also testified about the alleged "kites" he had received from another inmate.  According to Mr. Navarro, in these kites, this inmate confessed to the murders defendants had been convicted of, and this inmate further confessed to framing these defendants.

5.    On or about March 10, 2026, the government ordered the transcript from the February 12 proceedings with the assigned court reporter.

3

6.    On or about March 25, 2026, the assigned court reporter said she could not release the transcript because the February 12 proceedings were sealed.

7.    There is good cause to unseal the proceedings relating to Mr. Navarro's testimony.  First, Mr. Navarro's testimony was public.  Indeed, at the outset of the hearing, the Court asked the parties regarding whether the proceedings needed to be sealed, and no one asked that it be sealed.  Second, Mr. Navarro has not yet been sentenced, and a transcript of these proceedings is needed for the sentencing court to have a full picture of defendant's "history and characteristics," (18 U.S.C. § 3553(a)(1)) as well as his lack of "respect for the law" (18 U.S.C. § 3553(a)(2)(A)).

8.    The government understands there may have been a portion of the proceedings relating to another witness, Mr. Macias, and certain self-incrimination issues.  The government's request is narrowly tailored and does not seek that portion; it seeks only the portions of the proceedings relating to Mr. Navarro's testimony.

9.    On April 1, 2026, the government emailed counsel for the four defendants regarding their position on the relief sought in this application.  As of April 2, 2026, all four defense counsel have replied to say they do not oppose the government's request.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 2, 2026.

/s/ Kathy Yu

KATHY YU