TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorneys
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431/8536
     E-mail:    kathy.yu@usdoj.gov
                kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172-GW |
|---|---|
| Plaintiff, | ORDER RE GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO UNSEAL PROCEEDINGS |
| v. | |
| MICHAEL LERMA, et al., | |
| Defendants. | |

On April 2, 2026, the government filed an Unopposed Ex Parte Application to Unseal Proceedings.

Having considered the government's request and finding good cause, the Court hereby GRANTS the request and ORDERS the February 12, 2026 proceedings unsealed, specifically the portion relating to Daniel Navarro's testimony.

IT IS SO ORDERED.

_April 6, 2026___
DATE

_____
HON. GEORGE H. WU,
United States District Judge

1

Presented by:

/s/
_____
KATHY YU
Assistant United States Attorney