TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
     1400/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2238/8408/7962
     Facsimile: (213) 894-0142
     E-mail:    kyle.kahan@usdoj.gov
                kellye.ng@usdoj.gov
                jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00172(A)-GW-1, 6, 7, 8 |
| Plaintiff, | STIPULATED LIST OF ADMITTED TRIAL EXHIBITS |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, and defendant Michael Lerma, by and through his counsel of record Marri Derby and Joel M. Furman, defendant Carlos Gonzalez, by and through his counsel of record Richard G. Novak and Kenneth Miller, defendant Juan Sanchez, by and through his counsel of record Charles Diamond and Amy Lucas, and Richard P. Lasting, and defendant Jose Valencia Gonzalez, by and

through his counsel of record Shaun Khojayan and Daniel Nardoni,
hereby submit their Stipulated List of Admitted Trial Exhibits, which
the parties agree are the exhibits that were admitted at trial and
provided to the jury for their deliberations.

Dated: April 21, 2026                Respectfully submitted,

                                     TODD BLANCHE
                                     Acting Attorney General
                                     BILAL A. ESSAYLI
                                     First Assistant United States
                                     Attorney

                                     ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
                                     Acting Chief, Criminal Division

                                        /s/
                                     _____
                                     KYLE W. KAHAN
                                     KELLYE NG
                                     JASON A. GORN
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA


                                     /s/ Marri Derby
                                     _____
Dated: April 2, 2026                 MARRI DERBY
                                     JOEL M. FURMAN
                                     Attorneys for Defendant
                                     MICHAEL LERMA


Dated: April 2, 2026                 /s/ Richard G. Novak
                                     _____
                                     RICHARD G. NOVAK
                                     KENNETH MILLER
                                     Attorneys for Defendant
                                     CARLOS GONZALEZ

2

Dated: April 2, 2026                    /s/ Charles Diamond
                                        CHARLES DIAMOND
                                        AMY LUCAS
                                        RICHARD P. LASTING
                                        Attorneys for Defendant
                                        JUAN SANCHEZ


Dated: April 2, 2026                    /s/ Shaun Khojayan
                                        SHAUN KHOJAYAN
                                        DANIEL NARDONI
                                        Attorneys for Defendant
                                        JOSE VALENCIA GONZALEZ

US v. Lerma, et. al.
No. CR-18-172 (A) GW

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 1 | MDC-LA Cell Surveillance: 6/28/20 2:12:06-2:13:39 | March 7, 2025 | March 7, 2025 |
| 2 | MDC-LA Kitchen Surveillance: 6/28/20 2:13:39-2:14:00 | March 7, 2025 | March 7, 2025 |
| 3 | MDC-LA Cell Surveillance 6/28/20 2:39:29 – 2:39:51 | March 7, 2025 | March 7, 2025 |
| 4 | MDC-LA Cell Surveillance 6/28/20 2:40:03-2:40:30 | March 7, 2025 | March 7, 2025 |
| 5 | MDC-LA Cell Surveillance 6/28/20 2:40:56-2:41:09 | March 7, 2025 | March 7, 2025 |
| 6 | MDC-LA Common Area Surveillance 6/28/20 2:40:56-2:41:28 | March 7, 2025 | March 7, 2025 |
| 7 | MDC-LA Cell Surveillance 6/28/20 2:45:42-2:47:04 | March 7, 2025 | March 7, 2025 |
| 8 | MDC-LA Kitchen Surveillance 6/28/20 2:46:31-2:46:42 | March 7, 2025 | March 7, 2025 |
| 9 | MDC-LA Common Area Surveillance 6/28/20 2:46:05-2:46:30 | March 7, 2025 | March 7, 2025 |
| 10 | MDC-LA Cell Surveillance 6/28/20 2:47:56-2:48:25 | March 7, 2025 | March 7, 2025 |
| 11 | MDC-LA Cell Surveillance 6/28/20 2:47:49-2:48:00 | March 7, 2025 | March 7, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 12 | MDC-LA Cell Surveillance 6/28/20 2:55:22-2:55:40 | March 7, 2025 | March 7, 2025 |
| 13 | MDC-LA Cell Surveillance 6/28/20 2:56:52-2:57:03 | March 7, 2025 | March 7, 2025 |
| 14 | MDC-LA Cell Surveillance 6/28/20 2:59:04-2:59:57 | March 7, 2025 | March 7, 2025 |
| 15 | MDC-LA Cell Surveillance 6/28/20 3:00:00-3:00:20 | March 7, 2025 | March 7, 2025 |
| 16 | MDC-LA Cell Surveillance 6/28/20 3:05:45-3:06:51 | March 7, 2025 | March 7, 2025 |
| 17 | Autopsy Photograph – S.B. left head and neck [LS_1758] | March 5, 2025 | March 5, 2025 |
| 18 | Autopsy Photograph – S.B. right neck and shoulder [LS_1759] | March 5, 2025 | March 5, 2025 |
| 19 | Autopsy Photograph – Ligature mark [LS_1766] | March 6, 2025 | March 6, 2025 |
| 20 | Autopsy Photograph – S.B. back neck [LS_1768] | March 5, 2025 | March 5, 2025 |
| 22 | Autopsy Photograph – S.B. torso, stab wounds, and head [LS_1781] | March 5, 2025 | March 5, 2025 |
| 24 | Autopsy Photograph – S.B. Face and front neck [LS_1787] | March 6, 2025 | March 6, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 27 | Autopsy Photograph – Ligature Mark – Right Neck [LS_1795] | March 5, 2025 | March 5, 2025 |
| 28 | Autopsy Photograph – Ligature Mark – Back Neck [LS_1798] | March 6, 2025 | March 6, 2025 |
| 29 | Autopsy Photograph – Right hand, chest, and stab wounds [LS_1799] | March 5, 2025 | March 5, 2025 |
| 30 | Autopsy Photograph – Eyes and Nose [LS_1800] | March 6, 2025 | March 6, 2025 |
| 31 | Autopsy Photograph – Chest and Stab Wounds [LS_1802] | March 5, 2025 | March 5, 2025 |
| 32 | Autopsy Photograph – Head, Torso, Thighs, Back [LS_1805] | March 6, 2025 | March 6, 2025 |
| 33 | Autopsy Photograph – Left and back neck [LS_1806] | March 6, 2025 | March 6, 2025 |
| 34 | Autopsy Photograph – Full back [LS_1809] | March 6, 2025 | March 6, 2025 |
| 35 | Autopsy Photograph – Ligature Mark – Right Neck [LS_1811] | March 5, 2025 | March 5, 2025 |
| 37 | Autopsy Photograph – Ligature mark – front neck [LS_1814] | March 6, 2025 | March 6, 2025 |
| 38 | Autopsy Photograph – Left neck and head [LS_1816] | March 6, 2025 | March 6, 2025 |
| 39 | Autopsy Photograph – Left eye and eyelid [LS_1817] | March 5, 2025 | March 5, 2025 |
| 40 | Autopsy Photograph – Torso covered with shirt [LS_1818] | March 5, 2025 | March 5, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 41 | Autopsy Photograph – Back legs [LS_1819] | March 5, 2025 | March 5, 2025 |
| 42 | Autopsy Photograph – Hand [LS_1820] | March 6, 2025 | March 6, 2025 |
| 46 | Autopsy Photograph – left neck and shoulder with ligature mark [LS_1831] | March 5, 2025 | March 5, 2025 |
| 47 | Autopsy Photograph – Pin in right eye showing entry wound [LS_1879] | March 6, 2025 | March 6, 2025 |
| 48 | Autopsy Photograph – Right arm [LS_1835] | March 5, 2025 | March 5, 2025 |
| 49 | Autopsy Photograph – Right eye held open [LS_1837] | March 6, 2025 | March 6, 2025 |
| 50 | Autopsy Photograph – Head and torso with clothing and stab wounds [LS_1840] | March 5, 2025 | March 5, 2025 |
| 51 | Autopsy Photograph – Torso with stab wounds and abdomen [LS_1843] | March 5, 2025 | March 5, 2025 |
| 52 | Autopsy Photograph – right neck with ligature mark and face [LS_1845] | March 6, 2025 | March 6, 2025 |
| 53 | Autopsy Photograph – Torso, stab wounds, and face [LS_1846] | March 5, 2025 | March 5, 2025 |
| 56 | Autopsy Photograph – Stained Clothing on Body [LS_1860] | March 5, 2025 | March 5, 2025 |
| 57 | Autopsy Photograph – Left hand [LS_1861] | March 24, 2025 | March 25, 2025 |
| 58 | Autopsy Photograph – Stab wounds on torso [LS_1863] | March 5, 2025 | March 5, 2025 |
| 59 | Autopsy Photograph – Back and buttocks [LS_1864] | March 25, 2025 | March 25, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 60 | Autopsy Photograph – Trajectory of stab wound to eye [LS_1833] | March 6, 2025 | March 6, 2025 |
| 61 | Autopsy Photograph – Closeup of stab wounds [LS_1874] | March 5, 2025 | March 5, 2025 |
| 62 | Autopsy Report – Stab Wound Diagram [LS_1018] | March 6, 2025 | March 6, 2025 |
| 63 | Autopsy Report – Ligature Wound Diagram [LS_1019] | March 6, 2025 | March 6, 2025 |
| 65 | Photograph of 6 north Phones and Stairway to Lower Level [LS_9667] | March 5, 2025 | March 5, 2025 |
| 66 | Photograph of 6 north Phones and Stairway to Lower Level and Showers [LS_9670] | March 5, 2025 | March 5, 2025 |
| 67 | Photograph of 6 North Dining Area and TVs [LS_9672] | March 5, 2025 | March 5, 2025 |
| 68 | Photograph of 6 north Table and Stairway and Lower Hallway [LS_9673] | March 5, 2025 | March 5, 2025 |
| 69 | Photograph of 6 north Middle Area and Lower Hallway [LS_9674] | March 5, 2025 | March 5, 2025 |
| 70 | Photograph of 6 north Lower Hallway [LS_9677] | March 5, 2025 | March 5, 2025 |
| 71 | Photograph of 6 north Lower Hallway and Opened Cell Doors [LS_9678] | March 5, 2025 | March 5, 2025 |
| 72 | Photograph of Cell Door 619 and Hallway [LS_9682] | March 5, 2025 | March 5, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 73 | Photograph of Cell Door 619 - Closed [LS_9683] | March 5, 2025 | March 5, 2025 |
| 74 | Photograph of Cell Door 619 - Opened [LS_9684] | March 5, 2025 | March 5, 2025 |
| 75 | Photograph of Cell Door 619 Interior and Beds [LS_9685] | March 5, 2025 | March 5, 2025 |
| 76 | Photograph of Cell Door 619 Interior Facing Door [LS_9687] | March 5, 2025 | March 5, 2025 |
| 77 | Photograph of Cell Door 619 Beds [LS_9688] | March 5, 2025 | March 5, 2025 |
| 78 | Photograph of Cell Door 619 Interior and Window Slot [LS_9690] | March 5, 2025 | March 5, 2025 |
| 79 | Photograph of Cell Door 617 Facing Window Slot [LS_9693] | March 5, 2025 | March 5, 2025 |
| 80 | Photograph of Cell Door 613 Facing Window Slot and Cell 619 Opened Door [LS_9696] | March 5, 2025 | March 5, 2025 |
| 81 | Photograph of Cell Door 613 Facing Window Slot and Cell 619 Closed Door [LS_9698] | March 5, 2025 | March 5, 2025 |
| 82 | Photograph of Cell Door 615 Facing Window Slot and Cell 619 Opened Door [LS_9701] | March 5, 2025 | March 5, 2025 |
| 83 | Photograph of Cell Door 615 Facing Window Slot and Cell 619 Closed Door with Light On [LS_9703] | March 5, 2025 | March 5, 2025 |
| 84 | Photograph of Cell Door 621 and 6 North Hallway [LS_9710] | March 5, 2025 | March 5, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 85 | Photograph of Cell Doors 621 and 623 Closed [LS_9711] | March 5, 2025 | March 5, 2025 |
| 86 | Photograph of Cell Door 625 Closed [LS_9712] | March 5, 2025 | March 5, 2025 |
| 87 | Photograph of Cell Door 625 Closed and 6 North Hallway [LS_9713] | March 5, 2025 | March 5, 2025 |
| 88 | Photograph of Cell Door 627 Closed [LS_9714] | March 5, 2025 | March 5, 2025 |
| 89 | Photograph of Cell Doors 672 and 625 Closed and 6 North Hallway [LS_9715] | March 5, 2025 | March 5, 2025 |
| 90 | Photograph of Cell Door 625 Opened [LS_9716] | March 5, 2025 | March 5, 2025 |
| 91 | Photograph of Cell Door 627 Opened [LS_9717] | March 5, 2025 | March 5, 2025 |
| 92 | Photograph of Cell Door 625 from Interior and View of Cell Doors 605 and 607 [LS_9719] | March 5, 2025 | March 5, 2025 |
| 93 | Photograph of 6 North Hallway and Closed Doors of Cells 621 and 623 [LS_638] | March 5, 2025 | March 5, 2025 |
| 94 | Photograph of 6 North Hallway and Opened Door to Cell 619 [LS_640] | March 5, 2025 | March 5, 2025 |
| 95 | Photograph of 6 North Hallway Leading to Main Area and Opened Door to Cell 619 [LS_641] | March 5, 2025 | March 5, 2025 |
| 96 | Photograph of Angled Interior of Cell 619 [LS_643] | March 5, 2025 | March 5, 2025 |
| 97 | Photograph of Interior of Cell 619 [LS_644] | March 5, 2025 | March 5, 2025 |

US v. Lerma, et. al.  **STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 98 | Photograph of Interior of Cell 619 and Sink [LS_645] | March 5, 2025 | March 5, 2025 |
| 99 | Photograph of Interior of Cell 619 and Drawers and Beds [LS_646] | March 5, 2025 | March 5, 2025 |
| 100 | Photograph of Cell 619 Leading to Hallway [LS_648] | March 5, 2025 | March 5, 2025 |
| 101 | Photograph of Cell 619 Drawers and Bottom Bed [LS_654] | March 5, 2025 | March 5, 2025 |
| 102 | Photograph of Cell 619 Closed Door from Interior [LS_657] | March 5, 2025 | March 5, 2025 |
| 103 | Photograph of Cell 619 Trash Can [LS_658] | March 5, 2025 | March 5, 2025 |
| 104 | Photograph of Underneath Cell 619 Bottom Bed [LS_659] | March 5, 2025 | March 5, 2025 |
| 105 | Photograph of Cell 619 Top Drawer Right-side Contents [LS_661] | March 5, 2025 | March 5, 2025 |
| 106 | Photograph of Cell 619 Top Drawer Left-side Contents [LS_662] | March 5, 2025 | March 5, 2025 |
| 107 | Photograph of Cell 619 Bottom Drawer Left-side Contents [LS_663] | March 5, 2025 | March 5, 2025 |
| 108 | Photograph of Cell 619 Bottom Drawer Right-side Contents [LS_664] | March 5, 2025 | March 5, 2025 |
| 109 | Photograph of Clothes Hangars and Wires [LS_665] | March 5, 2025 | March 5, 2025 |
| 110 | Photograph of Brown Blanket on Floor in Cell 619 [LS_670] | March 5, 2025 | March 5, 2025 |

US v. Lerma, et. al.

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 111 | Photograph of closeup of Stain on Brown Blanket [LS_672] | March 5, 2025 | March 5, 2025 |
| 112 | Photograph of Clothes Hangar and Wire With #5 Evidence Label [LS_695] | March 5, 2025 | March 5, 2025 |
| 113 | Photograph of Cell 619 Interior Post-Search [LS_699] | March 5, 2025 | March 5, 2025 |
| 114 | Photograph of Stained Sheet Labeled #6 [LS_716] | March 5, 2025 | March 5, 2025 |
| 115 | Photograph of S.B. Left Face on Gurney [LS_725] | March 5, 2025 | March 5, 2025 |
| 116 | Photograph of S.B. torso on gurney [LS_726] | March 5, 2025 | March 5, 2025 |
| 117 | Photograph of S.B. Face on gurney [LS_732] | March 5, 2025 | March 5, 2025 |
| 118 | Photograph of Closeup of Stab Wounds on S.B. Torso on Gurney [LS_734] | March 5, 2025 | March 5, 2025 |
| 119 | Photograph of ligature mark on S.B. left neck [LS_741] | March 5, 2025 | March 5, 2025 |
| 120 | Photograph of S.B. left eye opened [LS_744] | March 5, 2025 | March 5, 2025 |
| 121 | Photograph of S.B. Upper Chest and Ligature Mark on Left Neck [LS_747] | March 5, 2025 | March 5, 2025 |
| 122 | Photograph of ligature mark on left and back neck of S.B. [LS_749] | March 5, 2025 | March 5, 2025 |
| 123 | Photograph of ligature mark on S.B. right and back neck [LS_752 | March 5, 2025 | March 5, 2025 |
| 124 | Photograph of S.B. Body on Gurney with stained grey sweater [LS_753] | March 5, 2025 | March 5, 2025 |

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 125 | Photograph of S.B. Body on gurney with stained white shirt [LS_755] | March 5, 2025 | March 5, 2025 |
| 126 | Photograph of S.B. body on gurney with visible stab wounds [LS_756] | March 5, 2025 | March 5, 2025 |
| 127 | Photograph of S.B. right hand on gurney [LS_758] | March 5, 2025 | March 5, 2025 |
| 128 | Photograph of S.B. right arm and hand on gurney [LS_764] | March 5, 2025 | March 5, 2025 |
| 129 | Photograph of ligature mark on back of S.B.'s neck with body on gurney [LS_770] | March 5, 2025 | March 5, 2025 |
| 130 | Photograph of ligature mark on back and back-left of S.B.'s neck with body on gurney [LS_771] | March 5, 2025 | March 5, 2025 |
| 131 | Photographs of S.B.'s back with body on gurney [LS_772-73] | March 5, 2025 | March 5, 2025 |
| 132 | Photograph of back of S.B.'s legs with body on gurney [LS_775] | March 5, 2025 | March 5, 2025 |
| 133 | Photograph of back of S.B.'s feet with body on gurney [LS_776] | March 5, 2025 | March 5, 2025 |
| 134 | Photograph of stained grey sweater [LS_777] | March 5, 2025 | March 5, 2025 |
| 135 | Photograph of stained white shirt [LS_782] | March 5, 2025 | March 5, 2025 |
| 136 | Photograph of S.B. body shirtless on gurney [LS_802] | March 5, 2025 | March 5, 2025 |
| 137 | Photograph of Jose Valencia Gonzalez Face and Upper Chest [LS_11819] | February 28, 2025 | February 28, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 138 | Photograph of Jose Valencia Gonzalez Face, Upper Chest, and Back of Hands [LS_11820] | February 28, 2025 | February 28, 2025 |
| 139 | Photograph of Jose Valencia Gonzalez Left Face, Upper Chest, and Back of Right Hand [LS_11821] | February 28, 2025 | February 28, 2025 |
| 140 | Photograph of Jose Valencia Gonzalez Right Face, Upper Chest, and Back of Left Hand [LS_11822] | February 28, 2025 | February 28, 2025 |
| 141 | Photograph of Jose Valencia Gonzalez Back of Hands [LS_11824] | February 28, 2025 | February 28, 2025 |
| 142 | Photograph of Jose Valencia Gonzalez Full Upper Body [LS_11825] | February 28, 2025 | February 28, 2025 |
| 143 | Photograph of Juan Sanchez Face [LS_11826] | February 28, 2025 | February 28, 2025 |
| 144 | Photograph of Juan Sanchez Back of Hands [LS_11827] | February 28, 2025 | February 28, 2025 |
| 145 | Photograph of Juan Sanchez Palms [LS_11828] | February 28, 2025 | February 28, 2025 |
| 146 | Photograph of Juan Sanchez Chest, Arms, and Face [LS_11829] | February 28, 2025 | February 28, 2025 |
| 147 | Photograph of Juan Sanchez Left Profile [LS_11830] | February 28, 2025 | February 28, 2025 |
| 148 | Photograph of Juan Sanchez Back [LS_11831] | February 28, 2025 | February 28, 2025 |
| 149 | Photograph of Juan Sanchez Right Profile [LS_11832] | February 28, 2025 | February 28, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 150 | Photograph of Carlos Gonzalez Face and Upper Chest [LS_11812] | February 28, 2025 | February 28, 2025 |
| 151 | Photograph of Carlos Gonzalez Face, Upper Chest, and Back of Hands [LS_11813] | February 28, 2025 | February 28, 2025 |
| 152 | Photograph of Carlos Gonzalez Right Face, Upper Chest, and Back of Right Hand [LS_11814] | February 28, 2025 | February 28, 2025 |
| 153 | Photograph of Carlos Gonzalez Left Face, Upper Chest, and Back of Left Hand [LS_11815] | February 28, 2025 | February 28, 2025 |
| 154 | Photograph of Carlos Gonzalez Face, Upper Chest, and Palms [LS_11816] | February 28, 2025 | February 28, 2025 |
| 155 | Photograph of Carlos Gonzalez Torso and Back of Hands [LS_11817] | February 28, 2025 | February 28, 2025 |
| 156 | Photograph of Carlos Gonzalez Upper Body and Head [LS_11818] | February 28, 2025 | February 28, 2025 |
| 157 | Pomona Booking Photograph of Carlos "Popeye" Gonzalez back of left hand [LS_13346] | February 28, 2025 | February 28, 2025 |
| 158 | MDC 6-North Diagram [LS_612-13] | March 5, 2025 | March 5, 2025 |
| 159 | MDC-LA 6 North Map [LS_14050] | March 5, 2025 | March 5, 2025 |
| 160 | MDC-LA 6 North Map (Marked Cell 619) [LS_14049] | March 6, 2025 | March 6, 2025 |
| 161 | Photograph of Cooperating Witness 4's hands [LS_626] | March 13, 2025 | March 13, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 162 | Photograph of Lerma, Valencia Gonzalez, Carlos Gonzalez, and Others from JVG Cell [LS_1244] | February 28, 2025 | February 28, 2025 |
| 163 | Photograph of Kite with Eme Members [LS_14061-64] | March 4, 2025 | March 14, 2024 |
| 164 | Photograph of MDC-LA Exterior [LS_18024] | March 6, 2025 | March 6, 2025 |
| 165 | Google Map of MDC-LA and Surrounding Area [LS_18025] | March 6, 2025 | March 6, 2025 |
| 166 | June 28, 2020 6 North Surveillance Footage with Marked Inmates [LS_20576] | March 7, 2025 | March 7, 2025 |
| 167 | Photograph of S.B. | February 28, 2025 | February 28, 2025 |
| 169 | Labeled Cell Diagram | March 7, 2025 | March 7, 2025 |
| 170 | Schwartz Photos Cover Page | March 6, 2025 | March 6, 2025 |
| 171 | Photograph outside cells 621 and 623 [LS_638] | March 6, 2025 | March 6, 2025 |
| 172 | Photograph of hallway [LS_639] | March 6, 2025 | March 6, 2025 |
| 173 | Photograph in hallway outside cells 617 and 619 [LS_640] | March 6, 2025 | March 6, 2025 |
| 174 | Photograph of hallway facing cell 619 [LS_641] | March 6, 2025 | March 6, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

## STIPULATED LIST OF ADMITTED TRIAL EXHIBITS

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 175 | Photograph of cell 619 through doorway [LS_643] | March 6, 2025 | March 6, 2025 |
| 176 | Photograph inside cell 619 [LS_644] | March 6, 2025 | March 6, 2025 |
| 177 | Photograph inside cell 619 [LS_645] | March 6, 2025 | March 6, 2025 |
| 178 | Photograph inside cell 619 [LS_000646] | March 6, 2025 | March 6, 2025 |
| 179 | Photograph inside cell 619 facing hallway [LS_000647] | March 6, 2025 | March 6, 2025 |
| 180 | Photograph inside cell 619 facing door [LS_648] | March 6, 2025 | March 6, 2025 |
| 181 | Photograph inside cell 619 [LS_649] | March 6, 2025 | March 6, 2025 |
| 182 | Photograph of sink area inside cell 619 [LS_652] | March 6, 2025 | March 6, 2025 |
| 183 | Photograph inside cell 619 [LS_653] | March 6, 2025 | March 6, 2025 |
| 184 | Photograph inside cell 619 [LS_654] | March 6, 2025 | March 6, 2025 |
| 185 | Photograph inside cell 619 facing bunk beds [LS_655] | March 6, 2025 | March 6, 2025 |
| 186 | Photograph inside cell 619 taken at floor level [LS_659] | March 6, 2025 | March 6, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 187 | Photograph inside cell 619 inside cabinet [LS_661] | March 6, 2025 | March 6, 2025 |
| 188 | Photograph inside cell 619 upper cabinet [LS_662] | March 6, 2025 | March 6, 2025 |
| 189 | Photograph inside cell 619 lower cabinet [LS_663] | March 6, 2025 | March 6, 2025 |
| 190 | Photograph inside cell 619 lower right-side cabinet [LS_664] | March 6, 2025 | March 6, 2025 |
| 191 | Photograph of rolled up magazines with black string and clothes hanging on them [LS_665] | March 6, 2025 | March 6, 2025 |
| 192 | Photograph of stained cloth [LS_672] | March 6, 2025 | March 6, 2025 |
| 193 | Photograph of rolled up magazine with black string [LS_696] | March 6, 2025 | March 6, 2025 |
| 194 | Photograph inside cell 619 [LS_699] | March 6, 2025 | March 6, 2025 |
| 195 | Photograph from surveillance @ 2:46:59 PM | March 13, 2025 | March 13, 2025 |
| 198 | Surveillance Video Excerpt 6N A & C RNG 122 June 28, 2020 2:40:00 PM - 2:44:30 PM | March 17, 2025 | March 24, 2025 |

US v. Lerma, et. al.

No. CR-18-172 (A) GW

# STIPULATED LIST OF ADMITTED TRIAL EXHIBITS

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 200 | June 27, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11387; (15897) LS_12685] | February 27, 2025 | February 28, 2025 |
| 201 | June 27, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11387; LS_12686 (15900)] | February 27, 2025 | February 28, 2025 |
| 202 | July 1, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11388; LS_12687 (15907)] | February 27, 2025 | February 28, 2025 |
| 203 | July 1, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11388; LS_14001] | February 27, 2025 | February 28, 2025 |
| 204 | July 5, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11393; LS_12688 (15759)] | February 27, 2025 | February 28, 2025 |
| 205 | July 6, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11395; LS_12690(15765)] | February 27, 2025 | February 28, 2025 |
| 206 | July 6, 2014 Phone Call – Seferino Gonzalez, Kelly Deshannon, and William McCord [LS_11394; LS_12689] | February 27, 2025 | February 28, 2025 |
| 208 | July 10, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11402; LS_12692 (15787)] | February 27, 2025 | February 28, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 209 | July 11, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11403; LS_12693 (15791)] | February 27, 2025 | February 28, 2025 |
| 210 | July 12, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda, and Kelly Deshannon [LS_11404; LS_12695 (15799)] | February 27, 2025 | February 28, 2025 |
| 211 | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11405; LS_12696 (15803)] | February 27, 2025 | February 28, 2025 |
| 212 | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11405; LS_12697 (15804)] | February 27, 2025 | February 28, 2025 |
| 213 | July 12, 2013 Phone Call – Seferino Gonzalez, Kelly Deshannon [LS_11408; LS_12698 (15815)] | February 27, 2025 | February 28, 2025 |
| 214 | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_10846; LS_12699 (15818)] | February 27, 2025 | February 28, 2025 |
| 215 | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda Part 1 [DT_38385; LS_14007] | February 27, 2025 | February 28, 2025 |
| 215a. | Transcript [DT_033768-33770; LS_14008-14010] | February 27, 2025 | February 27, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 216 | July 12, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda Part 2 [DT_38385; LS_14000] | February 27, 2025 | February 28, 2025 |
| 217 | July 12, 2013 Phone Call – Seferino Gonzalez and Jose Valencia Gonzalez [DT_38386; LS_14013] | February 27, 2025 | February 28, 2025 |
| 217a | Transcript [DT_33787-33788; LS_14014-14015] | February 27, 2025 | February 27, 2025 |
| 218 | July 14, 2013 Phone Call – Seferino Gonzalez and Jose Gonzalez [LS_14021 (Ex. 303)] | February 27, 2025 | February 28, 2025 |
| 218a | Transcript [LS_14023-14030 (Ex. 303-T)] | February 27, 2025 | February 27, 2025 |
| 219 | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11412; LS_12701 (15827)] | February 27, 2025 | February 28, 2025 |
| 220 | July 14, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda, and Kelly Deshannon [LS_11415; LS_12703 (15834)] | February 27, 2025 | February 28, 2025 |
| 221 | July 14, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11415; LS_12705 (15837)] | February 27, 2025 | February 28, 2025 |
| 222 | July 14, 2013 Phone Call – Seferino Gonzalez, Cheryl Castaneda and Jose Gonzalez [LS_11415; LS_14018 (Ex. 301)] | February 27, 2025 | February 28, 2025 |
| 222a | Transcript [LS_14019-14020 (301-T)] | February 27, 2025 | February 27, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 223 | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly Deshannon [LS_11415; LS_12706 (15838)] | February 27, 2025 | February 28, 2025 |
| 224 | July 14, 2013 Phone Call – Seferino Gonzalez and Kelly DeShannon [LS_011413; LS_12702 (15830)] | February 27, 2025 | February 28, 2025 |
| 225 | July 18, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11417; LS_12707 (15846)] | February 27, 2025 | February 28, 2025 |
| 226 | July 21, 2013 Phone Call – Seferino Gonzalez and Jose Valencia Gonzalez [LS_11420; LS_14031 (Ex. 304)] | February 27, 2025 | February 28, 2025 |
| 226a | Transcript [LS_14032-14033 (Ex 304-T)] | February 27, 2025 | February 27, 2025 |
| 227 | July 21, 2013 Phone Call – Seferino Gonzalez and Jose Gonzalez [LS_11420; LS_14034 (Ex. 305)] | February 27, 2025 | February 28, 2025 |
| 227a | Transcript [LS_14035-14036 Ex. 305-T] | February 27, 2025 | February 27, 2025 |
| 228 | July 21, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11420; LS_14022] | February 27, 2025 | February 28, 2025 |
| 229 | July 24, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_14038 (Ex.302)] | February 27, 2025 | February 28, 2025 |
| 229a | Transcript [LS_14039-14041 (Ex. 302-T] | February 27, 2025 | February 27, 2025 |
| 230 | July 28, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_11423; LS_14042] | February 27, 2025 | February 28, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 231 | July 28, 2013 Phone Call – Seferino Gonzalez and Cheryl Castaneda [LS_011423; LS_14043] | February 27, 2025 | February 28, 2025 |
| 232 | July 7, 2013 Phone Call – Seferino Gonzalez and Kelly DeShannon [LS_011396; LS_17818] | February 27, 2025 | February 28, 2025 |
| 233 | Photograph of Cypress Residence [LS_13246] | March 3, 2025 | March 3, 2025 |
| 234 | Photograph of Cypress Residence and #1 Exhibit Marker [LS_13248] | March 3, 2025 | March 3, 2025 |
| 235 | Photograph of Close-up of Cypress Residence [LS_13249] | March 3, 2025 | March 3, 2025 |
| 236 | Photograph of Cypress Residence and #2 Exhibit Marker [LS_13251] | March 3, 2025 | March 3, 2025 |
| 237 | Photograph of #2 Exhibit Marker and Shell Casing [LS_13254] | March 3, 2025 | March 3, 2025 |
| 238 | Photograph of Front Door of Cypress Residence [LS_13255] | March 3, 2025 | March 3, 2025 |
| 239 | Photograph of Front Door and Bullet Hole [LS_13257] | March 3, 2025 | March 3, 2025 |
| 240 | Photograph of Porch and Shattered Pottery [LS_13260] | March 3, 2025 | March 3, 2025 |
| 241 | Photograph of Clothing and #1 Exhibit Marker [LS_13264] | March 3, 2025 | March 3, 2025 |
| 242 | Photograph of Close-up of Clothing and #1 Exhibit Marker [LS_13265] | March 3, 2025 | March 3, 2025 |
| 243 | Photograph of Close-up of Shell Casing and #2 Exhibit Marker [LS_13268] | March 3, 2025 | March 3, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 244 | Photograph of Close-Up of Bullet Hole in Front Door and "A" Exhibit Marker [LS_13272] | March 3, 2025 | March 3, 2025 |
| 245 | Photograph of Close-Up of Bullet Hole in Front Door [LS_13273] | March 3, 2025 | March 3, 2025 |
| 246 | Photograph of Bullet Hole Inside Residence [LS_13274] | March 3, 2025 | March 3, 2025 |
| 247 | Photograph of Bullet Hole and Door Damage Inside Residence [LS_13275] | March 3, 2025 | March 3, 2025 |
| 248 | Photograph of Hallway Inside Residence and Front Door [LS_13276] | March 3, 2025 | March 3, 2025 |
| 249 | Photograph of Hallway to Exterior of Residence and Front Door [LS_13277] | March 3, 2025 | March 3, 2025 |
| 250 | Photograph of Bullet Hole in Interior of Front Door [LS_13279] | March 3, 2025 | March 3, 2025 |
| 251 | Photograph of Bullet Hole in Interior Door of Residence [LS_13280] | March 3, 2025 | March 3, 2025 |
| 252 | Photograph of Close-Up of Bullet Hole in Interior Door of Residence [LS_13281] | March 3, 2025 | March 3, 2025 |
| 253 | Photograph of Bullet Hole and Door Damage in Interior Closet Door [LS_13283] | March 3, 2025 | March 3, 2025 |
| 254 | Photograph of Bullet Hole in Box Inside Closet [LS_13286] | March 3, 2025 | March 3, 2025 |
| 255 | Photograph of Bullet Hole in Chair Inside Closet [LS_13287] | March 3, 2025 | March 3, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 256 | Photographs of Bullet on Floor [LS_13288-90] | March 3, 2025 | March 3, 2025 |
| 257 | Photograph of Trajectory Measurement for Bullet in Front Door [LS_13292] | March 3, 2025 | March 3, 2025 |
| 258 | Photograph of Trajectory Measurement for Bullet in Front Door Inward Angle [LS_13293] | March 3, 2025 | March 3, 2025 |
| 259 | Photograph of Measurement of Trajectory for Bullet [LS_13295] | March 3, 2025 | March 3, 2025 |
| 260 | Photograph of Close-Up of Measurement of Trajectory for Bullet [LS_13298] | March 3, 2025 | March 3, 2025 |
| 261 | Photograph of Measurement of Trajectory for Bullet with Line to the Door [LS_13302] | March 3, 2025 | March 3, 2025 |
| 262 | Photograph of Front of Car with License Plate #6ZET932 [LS_13306] | March 3, 2025 | March 3, 2025 |
| 263 | Photograph of Car with License Plate #6ZET932 Trunk [LS_13307] | March 3, 2025 | March 3, 2025 |
| 266 | Photograph of M.A. [LS_13314] | | |
| 267 | Photograph of M.A. Left Thigh and Gunshot Wound [LS_13315] | March 3, 2025 | March 3, 2025 |
| 268 | Photograph of E.N. [LS_13316] | March 3, 2025 | March 3, 2025 |
| 269 | Photograph of back of E.N. and Torn Shirt [LS_13318] | March 3, 2025 | March 3, 2025 |
| 270 | Photograph of Bullet Shell Casing Outside Residence [LS_13324] | March 3, 2025 | March 3, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 271 | Photograph of White SUV with License Plate 6ZHT325 [LS_13367] | March 3, 2025 | March 3, 2025 |
| 272 | Photograph of Firearm Inside Dome Light [LS_13368] | March 3, 2025 | March 3, 2025 |
| 273 | Photograph of Colt Firearm [LS_13369] | March 3, 2025 | March 3, 2025 |
| 274 | Photograph of Colt Firearm, Bullet, and Loaded Magazine [LS_13370] | March 3, 2025 | March 3, 2025 |
| 275 | Colt, Model Mustang Mark IV Series 80 Firearm [PHYSICAL EXHIBIT] | February 28, 2025 | March 4, 2025 |
| 276 | Seven rounds of Winchester .380 caliber ammunition [PHYSICAL EXHIBIT] | February 28, 2025 | March 3, 2025 |
| 277 | Sprint Call Detail Records – xxx-xxx-9308 [LS_12510-554; DT_15841-931] | February 26, 2025 | February 26, 2025 |
| 278 | Sprint Subscriber Records – xxx-xxx-9308 [LS_12555-58; DT_16014-16017] | February 26, 2025 | February 26, 2025 |
| 279 | Sprint Call Detail Records – xxx-xxx-0640 [LS_12559-73] | February 26, 2025 | February 26, 2025 |
| 280 | T-Mobile/Sprint Business Records Certificate [DEF_ONLY_16784] | February 26, 2025 | February 26, 2025 |
| 281 | Sprint Cell Tower Records 1 [DT_15932-944] | February 26, 2025 | February 26, 2025 |
| 282 | Sprint Cell Tower Records 2 [DT_15945-68] | February 26, 2025 | February 26, 2025 |
| 283 | Sprint Cell Tower Records 3 [DT_15969-81] | February 26, 2025 | February 26, 2025 |
| 284 | Sprint Cell Tower Records 4 [DT_15982-16013] | February 26, 2025 | February 26, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 286 | LASD Firearms Identification Section Ballistics Photographs [DT_59830-33] | March 4, 2025 | March 4, 2025 |
| 287 | July 17, 2013 Photograph of Pill Bottle with Ammunition [DT_15644 file ending in IMG_2012.jpg | March 3, 2025 | March 3, 2025 |
| 288 | July 17, 2013 Photograph of Bullet in Drawer [DT_15644 file ending in IMG_2017.jpg. | March 3, 2025 | March 3, 2025 |
| 293 | July 6, 2013 Phone Call Seferino Gonzalez and Jose Valenica Gonzalez 10:08-10:17 [LS_19784] | February 27, 2025 | February 28, 2025 |
| 294 | July 6, 2013 Phone Call Seferino Gonzalez and Jose Valencia Gonzalez 10:38-11:12 [LS_19785] | February 27, 2025 | February 28, 2025 |
| 300 | Dash Camera Video – May 8, 2015 [DT_17353 file ending in b62d.ts] | March 3, 2025 | March 3, 2025 |
| 300A | Excerpt Dash Camera Video – May 8, 2015 [DT_17353 file ending in b62d.ts] | March 3, 2025 | March 3, 2025 |
| 301 | Photograph of Carlos Gonzalez Post-Arrest [LS_13224] | March 3, 2025 | March 3, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 302 | Photograph of Carlos Gonzalez Face Post-Arrest [LS_13225] | March 3, 2025 | March 3, 2025 |
| 304 | Photograph of Juan Sanchez and R.R. Post-Arrest [LS_13227] | March 3, 2025 | March 3, 2025 |
| 306 | Photograph of Stopped Truck [LS_13229] | March 3, 2025 | March 3, 2025 |
| 307 | Photograph of Handgun in Dirt [LS_13234] | March 3, 2025 | March 3, 2025 |
| 308 | Photograph of Close-Up of Handgun Handle and Barrel in Dirt [LS_13235] | March 3, 2025 | March 3, 2025 |
| 309 | Photograph of Close-Up of Handgun Handle and Barrel in Dirt [LS_13236] | March 3, 2025 | March 3, 2025 |
| 310 | Photograph of Hill and Street Pole [LS_13238] | March 3, 2025 | March 3, 2025 |
| 312 | Photograph of Officers with One Holding Firearm [LS_13240] | March 3, 2025 | March 3, 2025 |
| 313 | Photograph of Hill, Shrubbery, and Pole with Sign [LS_13241] | March 3, 2025 | March 3, 2025 |
| 314 | Photograph of Firearm with White Handle [LS_13242] | March 3, 2025 | March 3, 2025 |
| 315 | Photograph of Firearm Chamber with Two Visible Rounds [LS_13243] | March 3, 2025 | March 3, 2025 |
| 316 | Photograph of Firearm with White Handle and Six Rounds of Ammunition [LS_13244] | March 3, 2025 | March 3, 2025 |
| 317 | Rohm Model RG-12, .22 caliber revolver [PHYSICAL EXHIBIT] | February 28, 2025 | March 3, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 318 | Six rounds of.22 caliber ammunition stamped with stylized "W" seized on May 8, 2015 [PHYSICAL EXHIBIT] | February 28, 2025 | March 3, 2025 |
| 350 | JPay Records – Michael Lerma [LS_12505-09] | February 26, 2025 | February 26, 2025 |
| 352 | Photograph of Cheryl Perez-Castaneda Residence Exterior and Cherry Welcome Sign [LS_13371] | March 4, 2025 | March 4, 2025 |
| 353 | Photograph of Cherry Containers on Kitchen Counter [LS_13373] | March 4, 2025 | March 4, 2025 |
| 354 | Photograph of Cherry Curtain and Mugs [LS_13374] | March 4, 2025 | March 4, 2025 |
| 355 | Photograph of Cherry Signs in Kitchen [LS_13376] | March 4, 2025 | March 4, 2025 |
| 356 | Photograph of Ledger Found Inside of Cheryl Perez-Castaneda Residence [LS_13379] | March 4, 2025 | March 4, 2025 |
| 357 | Money Orders Labeled "Spooky" and "Mike" in Cheryl Perez-Castaneda Residence [LS_13380, 13396] | March 4, 2025 | March 4, 2025 |
| 358 | Envelope with Cash in Cheryl Perez-Castaneda Residence [LS_13381] | March 4, 2025 | March 4, 2025 |
| 359 | Envelopes labeled as from Michael Lerma to Trisha Aguirre [LS_13383, 13390] | March 4, 2025 | March 4, 2025 |
| 360 | Letter from Michael Lerma to Trisha Aguirre found inside of Cheryl Perez-Castaneda Residence [LS_13384-85] | March 4, 2025 | March 4, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 361 | Letter from Michael Lerma to "Cherri" Found Inside of Cheryl Perez-Castaneda Residence [LS_13391-92] | March 4, 2025 | March 4, 2025 |
| 362 | Notepad with Michael Lerma's Name Written Inside Found in Cheryl Perez-Castaneda's Residence [LS_13394] | March 4, 2025 | March 4, 2025 |
| 363 | Printout of LASD Inmate Information for Seferino Gonzalez [LS_13395] | February 28, 2025 | February 28, 2025 |
| 364 | Photograph of Coaster labeled "Pomona Cherrie Ville" [LS_13398] | March 4, 2025 | March 4, 2025 |
| 365 | Photograph of "I <3 Cherryville" Sign [LS_13399] | March 4, 2025 | March 4, 2025 |
| 367 | Jpay Business Records Certificate | February 28, 2025 | February 28, 2025 |
| 400 | Walther Model PPK .380 caliber semi-automatic pistol [PHYSICAL EXHIBIT] | February 28, 2025 | March 3, 2025 |
| 401 | Seven rounds of Winchester .380 caliber ammunition seized on October 17, 2013 [PHYSICAL EXHIBIT] | February 28, 2025 | March 3, 2025 |
| 403 | Photograph of Carlos Gonzalez Oct. 28, 2013 [LS_13413] | March 4, 2025 | March 4, 2025 |
| 404 | Photograph of Carlos Gonzalez Residence Oct. 28, 2013 [LS_13414] | March 3, 2025 | March 3, 2025 |
| 405 | Photograph of Dodgers Sweatshirt [LS_13473] | March 3, 2025 | March 3, 2025 |
| 406 | Photograph of Close-Up of Dodgers Sweatshirt and Zipper [LS_13474] | March 3, 2025 | March 3, 2025 |

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 407 | Photograph of Sock with Firearm Sticking Out [LS_13475] | March 3, 2025 | March 3, 2025 |
| 408 | Photograph of Walther model PPK firearm on jacket [LS_13477] | March 3, 2025 | March 3, 2025 |
| 409 | Photograph of Walther model PPK firearm on floor [LS_13478] | March 3, 2025 | March 3, 2025 |
| 410 | Photograph of firearm magazine with one visible round of ammunition [LS_13479] | March 3, 2025 | March 3, 2025 |
| 411 | Photograph of Walther model PPK firearm and one round of ammunition [LS_13480] | March 4, 2025 | March 4, 2025 |
| 412 | Photograph of Walther model PPK firearm, one round of ammunition, and magazine [LS_13481] | March 4, 2025 | March 4, 2025 |
| 413 | Photograph of container labeled "Bell" [LS_13493] | March 4, 2025 | March 4, 2025 |
| 414 | Photograph of ammunition inside of container labeled "Bell" [LS_13494] | March 4, 2025 | March 4, 2025 |
| 415 | Photograph of notebook with "Cherries" and "Pops" written inside [LS_13500-01] | March 4, 2025 | March 4, 2025 |
| 416 | Photograph of Firearm Holder in Trash Can [LS_13530] | March 4, 2025 | March 4, 2025 |
| 417 | Photograph of Opened Firearm Holder [LS_13533] | March 4, 2025 | March 4, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 418 | Photograph of Walther model PPK, one round of ammunition, magazine with ammunition, and sock [LS_13535] | March 4, 2025 | March 4, 2025 |
| 419 | Photographs of Walther model PPK barrel, trigger, and serial number [LS_13536-38] | March 4, 2025 | March 4, 2025 |
| 420 | Photograph of eight rounds of ammunition and magazine [LS_13541] | March 4, 2025 | March 4, 2025 |
| 421 | Photograph of bag with cherries symbol and container labeled "Bell" [LS_13545] | March 4, 2025 | March 4, 2025 |
| 422 | Photograph of bag with cherries symbol and open container labeled "Bell" with ammunition [LS_13546] | March 4, 2025 | March 4, 2025 |
| 423 | Photograph of phone with cherry sticker [LS_13553] | March 4, 2025 | March 4, 2025 |
| 424 | Photographs of Ledger Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [LS_13932, files ending in D9904367.JPG and D9904368.JP] | March 12, 2025 | March 12, 2025 |
| 425 | Photograph of Firearm Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [LS_13932, file ending in D859.9095.JPG] | March 12, 2025 | March 12, 2025 |
| 426 | Photograph of Scale and Methamphetamine Found During Cooperating Witness 4 Arrest on Aug. 4, 2013 [LS_13932, file ending in D859.8097.JPG] | March 12, 2025 | March 12, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 427 | Photograph of Firearm Found During Cooperating Witness 4 Arrest on June 8, 2015 [DT_17417, file ending in F6199289.JPG] | March 12, 2025 | March 12, 2025 |
| 428 | Photograph of Methamphetamine Found During Cooperating Witness 4 Arrest on June 8, 2015 [DT_17417, file ending in F6199287.JPG] | March 12, 2025 | March 12, 2025 |
| 452 | Cooperating Witness 1 Plea Agreement [LS_11595-605] (Pgs. 2,3,5,6) | March 5, 2025 | March 5, 2025 |
| 478 | Joint Trial Stipulation #1: Defendant Juan Sanchez Factual Stipulations Regarding Count Nineteen [Dkt. 1542] | February 26, 2025 | February 26, 2025 |
| 479 | Joint Trial Stipulation #2: Defendant Jose Valencia Gonzalez Factual Stipulations Regarding Count Seventeen [Dkt. 1543] | February 26, 2025 | February 26, 2025 |
| 480 | Joint Trial Stipulation #3: Defendant Carlos Gonzalez Factual Stipulations Regarding Count Eighteen [Dkt. 1544] | February 26, 2025 | February 26, 2025 |
| 500 | DMV Photograph – E.N. [LS_13349] | February 28, 2025 | February 28, 2025 |
| 501 | DMV Photograph – M.A. [LS_13358] | March 3, 2025 | March 3, 2025 |
| 502 | DMV Photograph – Trish Perez [LS_13363] | February 28, 2025 | February 28, 2025 |
| 503 | Booking Photograph – William McCord [LS_13364] | February 28, 2025 | February 28, 2025 |
| 504 | Booking Photograph – Jose Valencia Gonzalez and neck tattoos [LS_13354] | February 28, 2025 | February 28, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 505 | Booking Photograph – Kelly Deshannon [LS_13356] | February 28, 2025 | February 28, 2025 |
| 506 | Booking Photograph – Jose Valencia Gonzalez [LS_13353] | February 28, 2025 | February 28, 2025 |
| 507 | DMV Photograph – Cheryl Perez [LS_13347] | February 28, 2025 | February 28, 2025 |
| 508 | Booking Photograph – Seferino Gonzalez [LS_13361] | February 28, 2025 | February 28, 2025 |
| 509 | Booking Photograph – Seferino Gonzalez with chest tattoos [LS_13362] | February 28, 2025 | February 28, 2025 |
| 510 | Photographs of Cooperating Witness 4 | March 12, 2025 | March 12, 2025 |
| 511 | Photographs of MDC 6 North Phones and Hallway | March 6, 2025 | March 6, 2025 |
| 1054 | June 29-30, 2020 BOP Death Notification Email Chain [LS_833] | March 13, 2025 | March 13, 2025 |
| 1060 | June 29, 2020 BOP Health Services Clinical Encounter – S.B. [LS_882-86] | March 13, 2025 | March 13, 2025 |
| 1076 | June 30, 2020 Autopsy Report – S.B. [LS_1008-1021] | March 5, 2025 | March 5, 2025 |
| 2035 | 2/9/2021 JM Audio Interview Excerpts Timestamps: 40:58-4109; 41:14-41:19 [LS_001451] | March 13, 2025 | March 13, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 2047 | 2/9/2021 JM Audio Interview Excerpt Timestamp: 50:45-51:07 [LS_001451] | March 14, 2025 | March 14, 2025 |
| 2048 | US v. Jose Landa-Rodriguez, et al. No. CR-18-173A-GW Cooperation Agreement for Cooperating Witness 1 July 5, 2022 [LS_011595-11605] | March 24, 2025 | March 24, 2025 |
| 3031 | Summary Chart of 6N Entries in Truintel Log June 28, 2020 2:00 PM to 9:00 PM [LS_000902-906] | March 17, 2025 | March 17, 2025 |
| 3032 | Summary Chart of 6N Counts on June 28 and 29, 2020 | March 17, 2025 | March 17, 2025 |
| 4001 | LA County Medical Examiner Certification of Records: Including Official Autopsy/Investigation Report *Redacted* | March 6, 2025 | March 6, 2025 |
| 4002 | Statement of LA County Medical Examiner's Office re Storage Temperatures and Certification of Body Control Card | March 6, 2025 | March 6, 2025 |
| 4003 | BOP Correctional Services Procedures Manual | March 13, 2025 | March 13, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 4004 | BOP Facilities Operations Manual | March 13, 2025 | March 13, 2025 |
| 4005 | MDC-LA Admission & Orientation Handbook May 2022 | March 13, 2025 | March 13, 2025 |
| 4012 | Martinez Photos<br>LS_000626-635<br>[*Government Exhibit 161 LS_000626*] | March 12, 2025 | March 12, 2025 |
| 4013 | 06.29.20.BOP.IncidentRpt.Form 583)<br>[LS_000834-836]<br>[*Government Exhibit 1055*] | March 14, 2025 | March 14, 2025 |
| 4015 | BOP Truintel Log Entries by Location<br>MDC 6N Log Entries<br>6/28/20-6/29/20<br>[LS_000899-915] | March 13, 2025 | March 13, 2025 |
| 4016 | MDC LA Evidence Photograph<br>66 inch rope with pencil holders<br>[LS_001578] | March 12, 2025 | March 12, 2025 |
| 4017 | BOP Prisons Count Sheet<br>Count slips 6.28.20 4 PM<br>[LS_001892-1897] | March 13, 2025 | March 13, 2025 |
| 4018 | BOP Prisons Count Sheet<br>MDC Official Count Slips 6.29.20 3 AM<br>[LS_001923-1927] | March 13, 2025 | March 13, 2025 |
| 4019 | BOP Prisons Count Sheet<br>MDC Official Count Slips 6.29.20 4:30 AM<br>[LS_001928-1933] | March 13, 2025 | March 13, 2025 |

US v. Lerma, et. al.
No. CR-18-172 (A) GW

# STIPULATED LIST OF ADMITTED TRIAL EXHIBITS

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 4020 | BOP Prisons Count Sheet<br>MDC Official Count Slips 6-29-20 12:00 AM<br>[LS_001952-1957] | March 13, 2025 | March 13, 2025 |
| 4021 | Email String<br>BOP/AUSA Kahan<br>Re: Incident Report Requests<br>320 Violations<br>[LS_0131169] | March 14, 2025 | March 24, 2025 |
| 4023 | Search Incident Report Result<br>321 Violations<br>[LS_013172] | March 14, 2025 | March 24, 2025 |
| 4028 | 6.29.20.Rpt.ERT.EvidCollection)<br>[LS_000810-811] | March 13, 2025 | March 13, 2025 |
| 4031 | MDC-LA Institution Supplement - Inmate Accountability/Census Checks<br>[LS 017848-850] | March 13, 2025 | March 13, 2025 |
| 4032 | MDC-LA Institution Supplement - Security Inspections<br>[LS 017851-17855] | March 13, 2025 | March 13, 2025 |
| 4033 | BOP Prisons Count Sheet<br>MDC-LA Count Slips<br>6.28.20 9 PM<br>[LS_001901-001908] | March 13, 2025 | March 13, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
| --- | --- | --- | --- |
| 4042 | Photo SB Body in Body Bag<br>L.A. County Coroner - Medical Examiner Corner<br>[LS_000809] | March 5, 2025 | March 5, 2025 |
| 4046 | Photographs SB on Gurney<br>[LS_001822; LS_1876] | March 5, 2025 | March 5, 2025 |
| 4110 | Inmate Discipline Data<br>Chronological Disciplinary Record<br>Cooperating Witness 6<br>02-09-2020<br>[LS_012233] | March 24, 2025 | March 24, 2025 |
| 4116 | Stills excerpted from:<br>Dash Camera Video – May 8, 2015<br> [DT_17353 file ending in b62d.ts]<br>*Government Exhibit 300* | March 3, 2025 | March 3, 2025 |
| 4118 | Video Excerpt<br>Melinek/Nguyen Videotaped Meeting<br>May 31, 2024<br>Speed of SB Death | March 24, 2025 | March 24, 2025 |
| 4123 | Video Excerpt<br>Melinek/Nguyen Videotaped Meeting<br>May 31, 2024<br>Time of SB Death | March 6, 2025 | March 6, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 4186 | 7/8/2020<br>Cooperating Witness 2 Audio Interview Excerpt<br>Timestamp:<br>24:34 - 25:00<br>[LS_001434] | March 11, 2025 | March 11, 2025 |
| 4208 | Photographs - SB on Gurney<br>[LS_0727-0730] | March 5, 2025 | March 5, 2025 |
| 4218 | Metropolitan Detention Center<br>Admission & Orientation Handbook<br>August 2012 | March 13, 2025 | March 13, 2025 |
| 4229 | Cordage located between closet and bed in Room A of Cell Block #619<br>[LS_0492] | March 13, 2025 | March 13, 2025 |
| 4235 | MDC-LA Specific Post Orders<br>10:00 PM-6:00 AM<br>[LS_4224-4249] | March 14, 2025 | March 14, 2025 |
| 4247 | Photo of Cooperating Witness 4<br>[LS_000628] | March 13, 2025 | March 13, 2025 |
| 4250 | National Weather Service<br>NCAA Online Weather Data<br>Los Angeles, California<br>06.01.202 - 06.29.2020 | March 17, 2025 | March 17, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 4251 | Surveillance Video Excerpt<br>6N A & C RNG 122<br>June 28, 2020<br>4:00:00 PM - 4:06:00 PM | March 24, 2025 | March 24, 2025 |
| 4252 | Surveillance Video Excerpt<br>6N A & C RNG 122<br>June 28, 2020<br>9:00:00 PM - 9:06:00 PM | March 24, 2025 | March 24, 2025 |
| 4253 | Video Excerpt - 6N<br>6N A&C RNG 122<br>June 29, 2020<br>12:12:46 AM - 12:18:47 AM | March 24, 2025 | March 24, 2025 |
| 5001 | Photograph of MDC 6 North<br>LS_09666 | March 6, 2025 | March 6, 2025 |
| 5002 | Photograph of MDC 6 North<br>LS_09667 | March 6, 2025 | March 6, 2025 |
| 5003 | Photograph of MDC 6 North<br>LS_09668 | March 6, 2025 | March 6, 2025 |
| 5004 | Photograph of MDC 6 North<br>LS_09669 | March 6, 2025 | March 6, 2025 |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
| 5005 | Photograph of MDC 6 North LS_09670 | March 6, 2025 | March 6, 2025 |
| 5007 | Photograph of MDC 6 North LS_09672 | March 6, 2025 | March 6, 2025 |
| 5008 | Photograph of MDC 6 North LS_09673 | March 6, 2025 | March 6, 2025 |
| 5011 | Photograph of MDC 6 North LS_09676 | March 6, 2025 | March 6, 2025 |
| 5012 | Photograph of MDC 6 North LS_09721 | March 6, 2025 | March 6, 2025 |
| 5015 | Extraction from Video - Still 6N Area Officers Desk - 120 6/28/2020 2:47:04 PM | March 6, 2025 | March 6, 2025 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

US v. Lerma, et. al.

**STIPULATED LIST OF ADMITTED TRIAL EXHIBITS**

No. CR-18-172 (A) GW

| Trial Exhibit Number | Exhibit Description | Date Offered | Date Admitted |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |